## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WISS JOSEPH**; and **MARIE JOSEPH**,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　~ *versus* ~<br><br>**DENER CEIDE**;<br>**DENER CEIDE PRODUCTIONS, INC.**;<br>"**ZAFEM**";<br>**ZAFEMUSIC.COM**; and<br>**ZAFEMEPK.COM**,<br><br>　　　　　　　　　　　　Defendants. | Case No.  1:24-cv-6572<br><br>The Honorable Brian M. Cogan |

1.　My name is Baruch S. Gottesman, Esq., counsel for the Plaintiff in the above captioned matter. I affirm the following to be true under penalty of perjury.

2.　Consistent with the Honorable Court's direction in the Scheduling Order dated September 19, 2024, on September 20, 2024 I notified the defendants about this hearing in writing by sending an e-mail to:

　　　　(i.)　denerceideproductions@gmail.com (address provided by my clients as being the contact information of the Defendants);

　　　　(ii.)　info@denerceideproductions.com (address on the website of https://www.denerceideproductions.com/).

3.　Copies of those e-mails are annexed as Exhibits to this Affidavit.

4.　As a further courtesy I attempted to call the Defendants at phone number (347) 454-1609 at 10:50 A.M. E.D.T. which was provided by my clients as the contact information but received a "busy tone".

5.      I further called (800) 336-8260 (the contact number on the Defendants' https://www.denerceideproductions.com/) website) and received a voicemail message saying it was Dener Ceide.  I left a detailed information explaining who I was, providing information about the upcoming hearing's date and time, and the call-in information.  I also left my phone number and provided the call-in information a second time.

6.      Plaintiffs remain ready to supplement this outreach to the Defendants in any manner that this Honorable Court may deem appropriate.

Dated: **September 20, 2024**

RESPECTFULLY SUBMITTED,

By:  _/s/ Baruch S. Gottesman_

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com