Outlook

## Virtual Court Date on Tuesday, September 24, 2024 at 2:30 in Wiss v. Ceide, 24-cv-6572 (EDNY)

**From** bg gottesmanlegal.com <bg@gottesmanlegal.com>
**Date** Fri 9/20/2024 10:54 AM
**To** info@denerceideproductions.com <info@denerceideproductions.com>
**Bcc** baruch.gottesman@gmail.com <baruch.gottesman@gmail.com>

Mr. Ceide:

I am reaching out to you directly because I do not know you to be represented by Counsel. If you have a lawyer for this matter, please forward this e-mail to them and have them be in touch with me directly.

A lawsuit has been docketed in the manner of Wiss, et ano. v. Ceide, et al., 1:24cv6572 (E.D.N.Y.) naming yourself and companies/entities with which you are affiliated as Defendants.

District Judge Cogan scheduled a call-in with the Court for this upcoming **September 24, 2024 at 2:30 PM E.D.T.** as follows:

"**SCHEDULING ORDER: Counsel for all parties are ordered to appear before the Honorable Brian M. Cogan for a telephonic hearing on 9/24/2024 at 2:00 pm on Plaintiffs' Emergency Motion for a Temporary Restraining Order 8 . The parties are directed to call 571-353-2301 and enter Meeting ID 949146687#. Plaintiffs' counsel, Mr. Gottesman, is directed to promptly notify defendants about this hearing in writing, and file proof on the docket that he has done so. Ordered by Judge Brian M. Cogan on 9/19/2024. (PW) (Entered: 09/19/2024)**"

I have also enclosed a copy of the e-mail Notice of the Scheduling Order, as well as a zip file with the full Docket in this matter as of today.

Feel free to have your lawyer (or yourself, if you are not represented by Counsel) reach out to me if you have any questions about this matter.

As always, please feel free to be in touch with me further if you have any questions, comments, or concerns about this or any other matter.

Respectfully,

Baruch S. Gottesman

**Baruch S. Gottesman, Esq.**
New York Bar I.D. No. 4480539
New Jersey Bar I.D. No. 02222-2006
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY  10004

Phone: (212) 401-6910
e-mail: bg@gottesmanlegal.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*This electronic mail transmission may contain privileged, confidential and/or proprietary information intended for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply e-mail.*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.*