Civil Action No.     **1:24-cv-06572-BMC**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Dener Ceide Productions, Inc.**
was recieved by me on

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Dener Ceide Productions, Inc.**, who is designated by law to accept service of process on behalf of **Dener Ceide Productions, Inc.** at **33 West State Street 5th Floor, Trenton, NJ 08608** on **03/26/2025 at 10: 52 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  04/18/2025

*Server's signature*

**Michael Weinshenker**
*Printed name and title*

**30 Tamara Drive
Roosevelt, NJ 08555**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Complaint,  to Vicky C who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**



Tracking #: **0166324444**

