AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:24-cv-06572-BMC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Dener Ceide**
was recieved by me on

- [X] I personally served the summons on the individual at **36 East Village Green, Budd Lake, NJ 07828** on **03/25/2025 at 1:00 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  04/20/2025

*Server's signature*

**Renso Cornejo**
*Printed name and title*

**315 enclave ln**
**Bedminster, NJ 07921**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Complaint, to Dener Ceide with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 45-55 years of age, 6'0"-6'2" tall and weighing 160-180 lbs with an accent.**



Tracking #: **0166470057**

