**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**WISS JOSEPH**; and **MARIE JOSEPH**,

                     Plaintiffs,

       *~ versus ~*

**DENER CEIDE**;
**DENER CEIDE PRODUCTIONS, INC.**;
**"ZAFEM"**;
**ZAFEMUSIC.COM**; and
**ZAFEMEPK.COM**,

                    Defendants.

Case No.  **1:24-cv-6572**

**AFFIRMATION IN SUPPORT**
*of* **REQUEST** *for*
**CERTIFICATE OF DEFAULT**

---

      **BARUCH S GOTTESMAN, ESQ.**, an attorney admitted to the roster of Attorneys of this Court and Counsel for the Plaintiffs **WISS JOSEPH** and **MARIE JOSEPH,** respectfully submits this Affirmation in Support of the Plaintiffs' Request for Certificate of Default against Defendant **DENER CEIDE**, and in support does respectfully state the following under the penalties of perjury:

      1.    I am Counsel for the Plaintiffs **WISS JOSEPH** and **MARIE JOSEPH** in this Action.

      2.    This Action was commenced by the Docketing of the Complaint naming Defendant **DENER CEIDE** on September 18, 2024 (ECF No. 1).

      3.    On January 13, 2025, the Honorable Court issued an Order that extended the time to serve the Defendants until March 1, 2025 (unnumbered docket entry,

Jan. 13, 2025).

4.      On March 3, 2025, the Honorable Court issued an Order that extended the time to serve the Defendants until April 14, 2025 (unnumbered docket entry, Mar. 3, 2025).

5.      On March 25, 2025, Service of Process was perfected on Defendant Dener Ceide (ECF No. 16).

6.      The time for the Defendant Dener Ceide to Answer or otherwise move with respect to the Complaint has expired.

7.      The Plaintiff requested a Certificate of Default on April 21, 2025 (ECF No. 17) which was denied without prejudice subject to also mailing to the subject last known residence.

8.      Therefore, this request I accompanied by a Certificate of Service confirming that it has been mailed to the subject's last known residential address.

9.      The Defendant Dener Ceide has not answered and otherwise moved with respect to the complaint, and the time for the Defendant Dener Ceide to Answer or otherwise move has not been extended.

10.     Defendant Dener Ceide is not an infant or an incompetent. Defendant Dener Ceide is not presently in the military service of the United States as appears from facts in this litigation.

11.     Defendant Dener Ceide is liable to the Plaintiffs for the reasons more fully described in the Complaint and the Plaintiffs are entitled to Judgment as prayed for in the Complaint as follows:

a.  A Judgment that permanently restrains Defendant Dener Ceide ("Infringing Defendant") his employees, agents and representatives, and all persons acting in concert or in participation with him, from using on or in connection with any business, service, or the sale, offering for sale, distribution, advertising, promotion, labeling or packaging, of any services or any goods, or from using for any commercial purpose whatsoever the Zafem Mark or any colorable imitation or confusingly similar Mark;

b.  A Judgment that directs the Infringing Defendant to deliver up to the Court for destruction, or to show proof (upon the oath of Defendant made subject to penalty of perjury) of said destruction, any and all items which bear or depict in any manner Zafem mark or any colorable imitation or confusing similar Mark, and to pass ownership of the websites controlled by the Infringing Defendant to the Plaintiffs;

c.  A Judgment that directs the Infringing Defendant to recall from any and all channels of distribution any products bearing any matter or materials in violation of any injunction entered herein or bearing or depicting the ZAFEM or any colorable imitation or confusing similar Mark;

d.  A Judgment that awards to Plaintiffs their actual, compensatory, consequential, and incidental damages resulting from the acts of Infringing Defendant complained of herein, including statutory fees and legal fees to the extent permitted by law in an amount of not less than two million dollars ($2,000,000.00), and exemplary damages;

e.  A Judgment that awards Plaintiffs their prejudgment and post-judgment interest on any monetary award according to the maximum allowable legal rate; and

f.  A Judgment that awards Plaintiffs such other and further relief as the Honorable Court may deem just and proper.

**WHEREFORE** Plaintiffs **WISS JOSEPH** and **MARIE JOSEPH** respectfully request that the Default of Defendant **DENER CEIDE** be noted and that a Certificate of Default be issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to Plaintiffs, and that no part thereof has been paid.

**Dated: May 1, 2025**

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com