UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WISS JOSEPH**; and **MARIE JOSEPH**,<br><br>Plaintiffs,<br><br>~ *versus* ~<br><br>**DENER CEIDE**;<br>**DENER CEIDE PRODUCTIONS, INC.**;<br>"**ZAFEM**";<br>**ZAFEMUSIC.COM**; and<br>**ZAFEMEPK.COM**,<br><br>Defendants. | Case No.  **1:24-cv-6572**<br><br>**AFFIDAVIT OF SERVICE**<br>*of* **REQUEST** *for*<br>**CERTIFICATE OF DEFAULT** |

1. I am over 18 years of age and Counsel to Plaintiffs in the above-captioned matter.

2. On May 2, 2025, I served Defendant Dener Ceide by First Class Mail, Certified Mail Tracking Number **9589 0710 5270 2428 0964 40**, with the Request for Entry of a Default, Affirmation in Support and Proposed Certificate of Default at his last known residential address, being the address at which he was personally served.

May 4, 2025

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com