**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**WISS JOSEPH**; and **MARIE JOSEPH**,

            Plaintiffs,

~ *versus* ~

**DENER CEIDE**;
**DENER CEIDE PRODUCTIONS, INC.**;
"**ZAFEM**";
**ZAFEMUSIC.COM**; and
**ZAFEMEPK.COM**,

            Defendants.

Case No. **1:24-cv-6572**

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Dener Ceide has not filed an answer or otherwise moved with respect to the complaint herein. The Default of Defendant Dener Ceide is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

**Dated:** Brooklyn, NY
May 5, 2025

**BRENNA B. MAHONE**Y, Clerk of Court,

By: *Jalitza Poveda*
Deputy Clerk