**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WISS JOSEPH**; and **MARIE JOSEPH**,<br><br>Plaintiffs,<br><br>~ *versus* ~<br><br>**DENER CEIDE**;<br>**DENER CEIDE PRODUCTIONS, INC.**;<br>"**ZAFEM**";<br>**ZAFEMUSIC.COM**; and<br>**ZAFEMEPK.COM**,<br><br>Defendants. | Case No. 1:24-cv-6572<br><br>**AFFIDAVIT OF SERVICE**<br>*of* **MOTION** *for*<br>**DEFAULT JUDGMENT** |

1.     I am over 18 years of age and Counsel to Plaintiffs in the above-captioned matter.  I affirm the following under the penalties of perjury:

2.     On May 20, 2025, I served Defendant Dener Ceide by First Class Mail, Certified Mail Tracking Number **9589 0710 5270 2428 0855 29**, with the Notice of Motion, Affidavit in Support, Memo of Law in Support and Proposed Judgment (ECF 24-26) at his last known residential address, being the address at which he was personally served.

3.     On May 20, 2025, I served Defendant Dener Ceide Productions, Inc. by First Class Mail, Certified Mail Tracking Number **9589 0710 5270 2428 0855 36**, with the Notice of Motion, Affidavit in Support, Memo of Law in Support and Proposed Judgment (ECF 24-26) at their address listed with New Jersey as its registered agent address for service of process.

May 20, 2025

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com