**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**WISS JOSEPH**; and **MARIE JOSEPH**,

Plaintiffs,

~ *versus* ~

**DENER CEIDE**;
**DENER CEIDE PRODUCTIONS, INC.**;
"**ZAFEM**";
**ZAFEMUSIC.COM**; and
**ZAFEMEPK.COM**,

Defendants.

Case No. ___1:24-cv-6572___

**AFFIDAVIT OF SERVICE**
*of* **DECISION** *and*
**DEFAULT JUDGMENT**

1.      I am over 18 years of age and Counsel to Plaintiffs in the above-captioned matter.

2.      On September 18, 2025, I served Defendant Dener Ceide by First Class Mail, Certified Mail Tracking Number **9589 0710 5270 3227 8540 95**, with the Decision and Order (ECF 28) and the Default Judgment (ECF 29) to his last known residential address, being the address at which he was personally served.

3.      On September 18, 2025, I served Defendant Dener Ceide Productions, Inc., by First Class Mail, Certified Mail Tracking Number **9589 0710 5270 3227 8541 01**, with the Decision and Order (ECF 28) and the Default Judgment (ECF 29) to their address listed for service of process with the State of New Jersey.

4.      On September 19, 2025, I served the Defendants by their publicly listed e-mail address denerceideproductions@gmail.com with th the Decision and Order (ECF 28) and the Default Judgment (ECF 29).

September 19, 2025

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com