UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WISS JOSEPH**; and **MARIE JOSEPH**,<br><br>                              Plaintiffs,<br><br>~ *versus* ~<br><br>**DENER CEIDE**;<br>**DENER CEIDE PRODUCTIONS, INC.**;<br>"**ZAFEM**";<br>**ZAFEMUSIC.COM**; and<br>**ZAFEMEPK.COM**,<br><br>                              Defendants. | Case No. <u>1:24-cv-6572</u> |

**NOTICE OF MOTION TO SET ASIDE THE DEFAULT JUDGMENT**

   PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Dener Ceide with annexed exhibits, dated October 27, 2025, the Memorandum of Law in Support of Defendants' Motion to Set Aside Default Judgment, and all prior pleadings and proceedings in this action, the undersigned attorneys for Defendants Dener Ceide and Dener Ceide Productions, Inc (collectively, "Defendants"), will move this Court before the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for an Order pursuant to:

1. Federal Rule of Civil Procedure 55(c) and 60(b) setting aside the default judgment entered against Defendants on September 18, 2025 [ECF No. 29]; and

2. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the United States District Courts for the Southern and Eastern Districts of New York, answering papers, if any, must be served upon the undersigned within fourteen (14) days after service of this motion, unless the Court directs otherwise.

Dated: New York, NY

October 30, 2025

SCOOLIDGE PETERS RUSSOTTI & FOX LLP

By: /s/ Kelly Paul Peters
Kelly Paul Peters
2 Park Avenue, 20th Floor
New York, New York 10016
Tel: 212-729-7708
kelly@sprfllp.com

*Attorneys for Defendants*