Kelly Paul Peters
Scoolidge Peters Russotti & Fox LLP
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212-729-7708
kelly@sprfllp.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WISS JOSEPH**; and **MARIE JOSEPH**, <br><br> Plaintiffs, <br><br> ~ versus ~ <br><br> **DENER CEIDE**; <br> **DENER CEIDE PRODUCTIONS, INC.**; <br> "**ZAFEM**"; <br> **ZAFEMUSIC.COM**; and <br> **ZAFEMEPK.COM**, <br><br> Defendants. | Case No. <u>1:24-cv-6572</u> <br><br><br> **AFFIDAVIT OF** <br> **DENER CEIDE** |

      I, DENER CEIDE, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

      1.    I am one of the Defendants in the above-captioned matter and a founder of the Haitian musical group known as "Zafem."

      2.    I am the sole owner of Dener Ceide Productions, Inc., which is also a defendant in this action.

      3.    I am respectfully submitting this declaration, pursuant to Fed. R. Civ. P. 55(c) and 60(b) in support of Defendants' Motions to Set Aside the Clerk's Entry of Default Judgment (the

"Set Aside Motion"); and request for a temporary restraining order that stays the enforcement of the Default Judgment (defined below) pending the Court's decision on the Vacatur Motion. A true and correct copy of the memorandum and Order dated September 17, 2025 (the "Default Order") granting Plaintiffs' motion for default judgment is attached hereto as **Exhibit A**. A true and correct copy of the Default Judgment entered in this action on September 18, 2025, is attached hereto as **Exhibit B** (the "Default Judgment").

4. I am over the age of 18 and have personal knowledge of the matters set forth herein based on my personal knowledge, the exhibits annexed hereto, and the links referenced herein.

5. I am a Haitian musician and songwriter. I have been playing music and touring professionally for more than 25 years.

6. I am well known in the Haitian community and Haitian music scene. I have more than 88,000 followers on Instagram[1]; more than 121,000 followers on Facebook[2]; and had more than 228,000 subscribers on YouTube[3].

7. My music has been downloaded more than a million times worldwide and currently has more than 43,000 monthly listeners on *Spotify*.

8. In 2016, I founded a music group called *Zafem* that writes, performs, and celebrates Haitian music, art, and culture. *Zafem* performs a Haitian style of music referred to as "Kompa Music".

---

[1] https://www.instagram.com/dener_ceide/

[2] https://www.facebook.com/denerceideofficial

[3] https://www.youtube.com/watch?v=NikyP_eqOsw&list=RDNikyP_eqOsw&start_radio=1

9. The word "Zafem" is a Haitian-Creole word that, in English, means "my business" or "my thing" or "my deal" or "my affair", among other similar phrases. The term "Zafem" is widely used in Haitian culture.

10. Beginning in 2016, I began writing and producing music with my new band, *Zafem*. I was inspired to name my band *Zafem* by my prior experience playing with another famous Haitian music group, *Tabou Combo*, in which I was the lead guitarist and singer from 2008 to 2013.

11. Tabou Combo has a famous song called "Kite m fè Zafem", which translates from Haitian Creole to "Let me do my thing." This song and idea served as my inspiration for naming my own future band, *Zafem*.

12. My 2016 decision to form a new band called *Zafem* attracted the attention of the Haitian music community. I was in contact in 2016 with various producers, musicians, and agents who followed my career and were interested in the new band.

13. Immediately thereafter, *Zafem* began writing, rehearsing, and producing music and has remained active ever since.

14. Since the inception of *Zafem* in 2016, we have continuously written, rehearsed, and produced music with the goal of sharing Haitian music and culture with the world.

15. In 2017, we announced the formation of the band, *Zafem*, to the larger public.

16. On October 11, 2019, we released our first official video teaser for a *Zafem* song called "*Savalou*."[4]

---

[4] https://www.youtube.com/watch?v=IrT1L5BcFlE.

3

17. The official video for *Savalou* was released on October 17, 2019, and, as of the date hereof, has more than 22,000 likes and 2,400 comments.

18. *Zafem* has released two singles and one album with 16 songs. Our songs have been downloaded and streamed by millions of listeners and fans around the globe.

19. In 2019, *Zafem* began touring and has since performed more than 150 shows all over the world.

20. In 2020, during the COVID-19 pandemic, *Zafem* performed a live show that was streamed worldwide with more than 35,000 live viewers.

21. In 2023, *Zafem* was the most-streamed musical group in Haiti and remains one of the most internationally recognized Haitian music groups.

22. *Zafem* has also received several awards and recognitions for its influence on Haitian music and culture. The Haitian government is currently using lyrics from a *Zafem* song as part of Haiti's national Creole language teaching curriculum.

23. In July 2023, *Zafem*'s album was announced on *Chokarella*, a prominent online platform that promotes Haitian art and culture alongside other major outlets in Haiti.[5] The announcement prompted extensive media coverage of their forthcoming performances, especially within the Haitian community.

24. In May 2023, *Zafem* was listed on Billboard Magazine's Top 25[6] and was the highest-streaming Haitian music group of that year.

---

[5] https://www.chokarella.com/2023/07/23/zafem-le-pari-gagnant-de-la-musique-haitienne/

[6] https://www.billboard.com/music/chart-beat/billboard-charts-first-timers-wunderhorse-dr-teeth-and-the-electric-mayhem-1235330858/

25. In 2024, *Zafem* received the award for Kompa band of the year at the 2024 Caribbean Music Awards, held in Brooklyn, New York.[7]

26. Given *Zafem's* album, touring, awards, and acclaim, and digital media success, the band (and, of course, its name) is very well known in Haiti and among the U.S. Haitian diaspora.

27. Given the notoriety of my band, it is extremely unlikely that any Haitian musician based in Brooklyn, as Plaintiffs claim to be, would not have heard of *Zafem* by 2019.

28. By contrast, until I received notice of the Default Judgment, I had never heard of Mr. Joseph or the other plaintiff, Marie Joseph (together with Wiss Joseph, "Plaintiffs"). Neither have any of my band mates, nor anyone else in the Haitian music community with whom I have spoken since learning of the Default Judgment.

29. Since I learned about the Default Judgment, I searched the internet for Mr. Joseph's alleged production company, Zafem World Entertainment. It appears that Zafem World Entertainment has a relatively small online presence, focused primarily on small events in Brooklyn, New York, with only approximately 497 followers on its Instagram page.[8] This is in stark contrast to my band *Zafem*'s Instagram page, which has more than 110,000 followers.[9]

30. The foregoing calls into question the legitimacy of the Plaintiffs' trademark application. In their complaint, Plaintiffs point to the January 5, 2021, U.S. Patent and Trademark Office (the "USPTO") registration of the trademark "Zafem World Entertainment". They claim that they applied to register this trademark on November 26, 2019.

---

[7] https://www.billboard.com/music/awards/2024-caribbean-music-awards-winners-list-1235765301/ ; See also https://www.juno7.ht/zafem-remporte-le-prix-de-meilleur-groupe-konpa-aux-c/

[8] https://www.instagram.com/zafemworldent/

[9] https://www.instagram.com/zafemmusic/

5

31. November 26, 2019, was approximately a month after *Zafem* released its first single, which immediately became one of the most widely streamed Kompa songs of that year.

32. In 2023, my band engaged a consultant to assist us with registering a word trademark for "Zafem" with the USPTO.

33. In 2024, the USPTO denied our registration largely because it initially determined that the trademark, *Zafem*, was likely to be confused with Plaintiffs' trademark "Zafem World Entertainment." This was the first time I heard about "Zafem World Entertainment."

34. I relied on a trademark consultant to assist with the trademark application and responses to the USPTO. The consultant never told me that the Plaintiffs' prior registration of "Zafem World Entertainment" could be used by Plaintiffs to preclude my band from continuing to use the name *Zafem*, which we had been using since 2016.

35. I believe that Plaintiffs applied to register the trademark for "Zafem World Entertainment" in 2019 in bad faith, knowing that my band was actively producing music and touring under the band name *Zafem*. In other words, I believe that Plaintiffs are infringing on my band's trademark, not the other way around.

36. In addition to contesting my and my company's liability on Plaintiffs' claims, I also disagree with the amount of damages awarded, $1 million. For the same reason that I am not infringing on Plaintiffs' mark, I am also not benefiting from any confusion with that mark. My band, *Zafem,* is independently successful, as its much greater following on digital media makes clear.

37. I understand that Plaintiffs claimed to have served me with the summons in this case on March 25, 2025, and on Productions on March 26, 2025.

38. I have no recollection of receiving or otherwise being served with the Summons and Complaint in this action, either addressed to me or to my business. If I did receive the Summons and Complaint in this action, I did not read or understand the significance of those documents.

39. I also have no recollection of receiving any phone calls or emails from Plaintiffs' counsel until he emailed me on September 19, 2025, to notify me of the entry of a default judgment. Attached as **Exhibit C** is a true and correct copy of the email I received from Plaintiff's counsel dated September 19, 2025, attaching the default Judgment.

40. This email was the first time I became aware that this lawsuit had been filed against me and my company.

41. If I was served, I evidently did not read, or, if I did read, I did not understand the documents delivered to me.

42. Due to my and *Zafem's* success in the music industry, I receive an enormous volume of mail and deliveries that consist largely of fan mail, solicitations, and packages from various studios and music industry influencers.

43. I also often receive mail from various law firms and legal organizations attempting to solicit my business. I am also regularly approached by scammers and others seeking to take advantage of my artistic success.

44. I do not have a manager and struggle to process the mail and solicitations – a problem made worse by the fact that, due to my career as a professional musician, I am on the road with my band and away from my home more than 80 percent of the year.

45. Additionally, I often find legal documents confusing. As a Hattian immigrant, I am unfamiliar with the laws of the United States as they concern trademarks or civil procedure.

46. In sum, until I was contacted by Plaintiffs' counsel by email, I was unaware that I or my company had been sued.

47. I did not intentionally ignore the lawsuit or attempt to delay these proceedings.

48. Upon learning of the default judgment, I immediately took steps to retain counsel and respond appropriately.

49. I also believe that I have a meritorious defense to Plaintiffs' claims. My use of the name *Zafem* predates Plaintiffs' trademark registration, and my band's reputation and goodwill were independently established without reference or regard to Plaintiffs or their organization Zafem World Entertainment. Plaintiffs' claims of ownership over the name *Zafem* are incorrect and unfairly attempt to appropriate the goodwill my band has acquired.

50. Setting aside the default will permit the Court to decide this matter on its merits and prevent serious injustice. My band and I are committed to defending our rights and to presenting the true history and facts of our use of the name *Zafem*.

51. In a good faith effort to set this case on an appropriate track, I am attaching Defendants' Answer to the Complaint as **Exhibit D.**

52. In addition to setting aside the Default Judgment, I am also respectfully requesting that the Court enter a temporary restraining order that would stay the enforcement of the Default Judgment until such time as it has entered a decision on the Vacatur Motion.

53. For the reasons stated above, I believe that my company and I have meritorious defenses that give us a likelihood of success on the merits in this case.

54. Without a temporary restraining order, we are at risk of incurring irreparable harm because *Zafem* is actively touring in Europe, Florida, and the Caribbean in the coming days, weeks, and months. There are thousands of fans who have already purchased tickets to these shows who should be allowed to see *Zafem* perform under its name. Our ability to continue performing as *Zafem* impacts the livelihood of more than 15 band members, crew, and their families, as well as the countless fans around the world who enjoy and celebrate Haitian culture and Kompa music.

55. Furthermore, although Zafem has developed a large and loyal fan base, neither I nor my business derives substantial income from these activities, and certainly not enough to satisfy the $1 million Default Judgment entered in this matter.

56. Lastly, granting a temporary stay of enforcement will not prejudice the Plaintiffs, who have a relatively small following in New York City. Indeed, since Plaintiffs' entire business appears to be built around appropriating my band's goodwill, their brand will only be strengthened by *Zafem*'s continued success.

57. Accordingly, I respectfully request that the Court enter a decision and order that temporarily stays the enforcement of the Default Judgment, and which ultimately sets aside the Default Judgment, so that this case may be decided on the merits.

[signature on following page]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27 day of October, 2025.

_____
Dener Ceide

Sworn to be true before me
this 27 day of October 2025

_____
*Notary Public*

KAREN ARNOLD
Notary Public - State of Florida
Commission # HH 595323
My Comm. Expires Sep 20, 2028

10