# Exhibit C

Tuesday, October 28, 2025 at 2:25:20 PM Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Fwd: Courtesy Service of Decision and Order, with Default Judgment |
| **Date:** | Monday, October 27, 2025 at 18:30:56 Eastern Daylight Time |
| **From:** | Dener Ceide |
| **To:** | Peter Fox Lawyer Entertainment |
| **Attachments:** | Joseph v. Ceide, 24-cv-06572 (E.D.N.Y.) - ECF 28 - 2025.09.18 - Decision and Order.pdf, Joseph v. Ceide, 24-cv-06572 (E.D.N.Y.) - ECF 29 - 2025.09.18 - Default Judgment.pdf |

---------- Forwarded message ---------
From: **Baruch Gottesman** <baruch.gottesman@gmail.com>
Date: Fri, Sep 19, 2025, 11:42 AM
Subject: Courtesy Service of Decision and Order, with Default Judgment
To: Dener Ceide <denerceideproductions@gmail.com>


Colleagues:

   I am reaching out to you directly because I do not know you to be represented by Counsel in the matter of Joseph v. Ceide, Case No. 1:24-cv-06572 (E.D.N.Y.). If you have counsel, please forward this to them immediately and have them to be in touch with me directly.

   Please see attached the Decision and Order (ECF 28) and the Default Judgment (ECF 29) docketed in this matter on September 18, 2025.

     As always, please feel free to reach out to me if you have any questions, comments, or concerns about this or any other matter.

      Respectfully,

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
(212) 401-6910
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*This electronic mail transmission may contain privileged, confidential and/or proprietary information intended for the person(s) named.  Any use, distribution, copying or disclosure to another person is strictly prohibited.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply e-mail.*
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used,*

*for the purpose of: (i) avoiding penalties under the internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.*