UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**WISS JOSEPH**; and **MARIE JOSEPH**,

                    Plaintiffs,

~ *versus* ~

**DENER CEIDE**;
**DENER CEIDE PRODUCTIONS, INC.**;
"**ZAFEM**";
**ZAFEMUSIC.COM**; and
**ZAFEMEPK.COM**,

                    Defendants.

Case No. <u>1:24-cv-6572</u>

### NOTICE OF MOTION FOR A TEMPORARY STAY OF THE ENFORCEMENT OF THE DEFAULT JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Dener Ceide, dated October 27, 2025 and the exhibits annexed thereto, the Memorandum of Law in Support of Defendants' Motion for a Stay of the Enforcement of the Default Judgment entered against the Defendants on September 18, 2025 (the "Default Judgment") [ECF 29] and all prior pleadings and proceedings in this action, the undersigned attorneys for Defendants Dener Ceide and Dener Ceide Productions, Inc (collectively, "Defendants"), will move this Court before the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for an Order pursuant to:

1

1. Federal Rule of Civil Procedure 62(b) and (d) granting a temporary stay of the enforcement of the Default Judgment pending the Court's decision and order on Defendants' Motion to Set Aside the Default Judgment under Fed. R. Civ. P. 60(b) [ECF 35]; and

2. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the United States District Courts for the Southern and Eastern Districts of New York, answering papers, if any, must be served upon the undersigned at a date and time to be determined by the Court.

Dated: New York, NY
October 30, 2025

SCOOLIDGE PETERS RUSSOTTI & FOX LLP

By: /s/ Kelly Paul Peters
Kelly Paul Peters
2 Park Avenue, 20th Floor
New York, New York 10016
Tel: 212-729-7708
kelly@sprfllp.com

*Attorneys for Defendants*