Kelly Paul Peters
Scoolidge Peters Russotti & Fox LLP
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212-729-7708
kelly@sprfllp.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**WISS JOSEPH**; and **MARIE JOSEPH**,

        Plaintiffs,

    ~ *versus* ~

**DENER CEIDE**;
**DENER CEIDE PRODUCTIONS, INC.**;
**"ZAFEM"**;
**ZAFEMUSIC.COM**; and
**ZAFEMEPK.COM**,

        Defendants.

**Case No. 1:24-cv-6572**

**DECLARATION OF
KELLY PAUL PETERS**

---

I, KELLY PAUL PETERS, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct based on my personal knowledge.

(1)    I am an attorney with the law firm of Scoolidge Peters Russotti & Fox LLP, attorneys for Defendants Dener Ceide and Dener Ceide Productions, Inc. (collectively as "Defendants").

(2)    I hereby certify, pursuant to the Individual Practices of the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, that I made a good-faith effort to confer with counsel for Plaintiffs regarding Defendants' request for a temporary stay of enforcement of the default judgment.

(3)      Specifically, on October 28, 2025, I spoke with Plaintiffs' counsel, Baruch Gottesman, Esq. by video conference, to advise Plaintiffs of Defendants' intention to make a motion to set aside the default judgment entered in this case by the Honorable Judge Brian Cogan, on September 18, 2025 (the "Default Judgment"), and to inquire whether Plaintiffs would consent to a temporary stay of the enforcement of the Default Judgment until such time that the Court enters a decision on Defendants' aforementioned Motion to Set Aside the Default Judgment.

(4)      Plaintiffs did not consent to Defendants' request, and despite these good faith efforts, the parties were unable to reach agreement, necessitating the filing of this motion.

(5)      Accordingly, Defendants are respectfully submitting the instant application for a stay of the enforcement of the Default Judgment.

Dated:  New York, NY

       October 30, 2025

SCOOLIDGE PETERS RUSSOTTI & FOX LLP

By: /s/ Kelly Paul Peters
Kelly Paul Peters
2 Park Avenue, 20th Floor
New York, New York 10016
Tel: 212-729-7708
kelly@sprfllp.com

*Attorneys for Defendants*