*STATE OF NEW JERSEY*
*DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*
*SHORT FORM STANDING*

*DENER CEIDE PRODUCTIONS, INC*
*0450118682*

*I, the Treasurer of the State of New Jersey, do hereby certify that the above-named New Jersey Domestic For-Profit Corporation was registered by this office on November 10, 2016.*

*As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey. Annual Reports are outstanding for the following year(s): 2024*

*I further certify that the registered agent and office are:*

DENER CEIDE
1204 HARRY AND JUDY DR
MORRIS PLAINS, NJ 07950



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 31st day of October, 2025*

*Elizabeth Maher Muoio*
*State Treasurer*

*Certificate Number : 6170146969*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*