NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF INC, (PROFIT)

## DENER CEIDE PRODUCTIONS, INC
## 0450118682

The above-named DOMESTIC PROFIT CORPORATION was duly filed in accordance with New Jersey State Law on 11/10/2016 and was assigned identification number 0450118682. Following are the articles that constitute its original certificate.

1. **Name:**
   DENER CEIDE PRODUCTIONS, INC

2. **Registered Agent:**
   DENER CEIDE

3. **Registered Office:**
   1204 HARRY AND JUDY DR
   MORRIS PLAINS, NEW JERSEY 07950

4. **Business Purpose:**
   MUSIC PRODUCER

5. **Duration:**
   PERPETUAL

6. **Stock:**
   200

7. **Effective Date of this filing is:**
   11/10/2016

8. **First Board of Directors:**
   DENER CEIDE
   1204 HARRY AND JUDY DR
   MORRIS PLAINS, NEW JERSEY 07950

9. **Incorporators:**
   DENER CEIDE
   1204 HARRY AND JUDY DR
   MORRIS PLAINS, NEW JERSEY 07950

10. **Main Business Address:**
    1204 HARRY AND JUDY DR
    MORRIS PLAINS, NEW JERSEY 07950

    **Signatures:**
    DENER CEIDE
    INCORPORATOR

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF INC, (PROFIT)

## DENER CEIDE PRODUCTIONS, INC
## 0450118682



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 10th day of November, 2016*

*Ford M. Scudder*
*State Treasurer*

*Certificate Number : 4023736072*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*