# STATE OF NEW JERSEY
## DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES
## CERTIFICATE OF REINSTATEMENT

### DENER CEIDE PRODUCTIONS, INC
#### 0450118682

WHEREAS the above-named business entity did on the 27th day of September, 2023, satisfy all requirements for reinstatement as set forth in the laws of this State, I, the Treasurer of the State of New Jersey do hereby issue this certificate authorizing the same to continue its business and resume the exercise of its functions.

**Registered Agent and Office**

DENER CEIDE
1204 HARRY AND JUDY DR
MORRIS PLAINS, NJ 07950

**Main Business Address**

36 E Village Green
Budd Lake, NJ 07828

**Principal Business Address**

36 E village Green
Budd Lake, NJ 07828

**Officers and Directors**

PRESIDENT
Dener f CEIDE
36 E village Green
Budd Lake, NJ 07828



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal, this 27th day of September, 2023*

*Elizabeth Maher Muoio*
State Treasurer

Certificate Number : 2745496726
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp