**By Certified Return Receipt Requested and First-Class Mail**

October 2, 2023

Dener Ceide
1204 Harry and Judy Drive
Morris Plains, NJ 07950

Re:   Mr. Wiss Joseph and Mrs. Marie Joseph
      236 E. 16th Street, Apt. 4F
      Brooklyn, NY 11226
      **Our File No.: NY-Z3T-FS7**

Dear Mr. Ceide:

Mr. Wiss Joseph and Mrs. Marie Joseph have again consulted with our office regarding your business name. We previously wrote to you regarding this matter by letter dated August 21, 2023.

As stated in our previous letter, Mr. Wiss Joseph and Mrs. Marie Joseph informed us that they have a company named Zafem World Entertainment LLC and use the website name Zafemworld.com. Mr. and Mrs. Joseph informed us that you are in the same business as they are and you are using the name Zafem, as well as using Zafem.net for your website.

We advised you that Mr. and Mrs. Joseph have a federally registered trademark from the United States Patent and Trade Office, which was filed on November 26, 2019, and later granted the Registration No. 6,236,579 in 2022. We informed you that the purpose of trademarks is to prevent confusion in the marketplace, and that your use of Zafrem.net creates confusion in the marketplace. In our previous letter, we demanded that you cease using the name Zafem.

To date, you have failed to comply with this demand or provide a response to our previous letter. You continue to use Mr. and Mrs. Joseph's trademarked name.

Accordingly, promptly cease and desist from using the name Zafem, and shut down the internet site Zafrem.net. Your failure to comply will cause us to advise Mr. and Mrs. Joseph of all their legal rights and remedies in this matter.

Very truly yours,

Jonathan Press, Esq.
Feldman, Kramer & Monaco, P.C.
631-231-1450, ext. 274
JP/jb2/NY-Z3T-FS7

cc:   Zafem World Entertainment – via email