Gmail  **Baruch Gottesman &lt;baruch.gottesman@gmail.com&gt;**

## Fwd: copy of letter for Intake NY-Z3T-FS7
1 message

**Sky Dalimit** &lt;skydalimit1@gmail.com&gt;　　　　　　　　　　　　　　　　　　　　Thu, Jun 20, 2024 at 12:04 AM
To: Baruch Gottesman &lt;baruch.gottesman@gmail.com&gt;

Hi this is Ric from Zafem World here's more info.

---------- Forwarded message ---------
From: **Marie Antoine-Pierre** &lt;m.apierre1217@gmail.com&gt;
Date: Mon, Jun 17, 2024 at 7:29 PM
Subject: Fwd: copy of letter for Intake NY-Z3T-FS7
To: Ric Sky &lt;skydalimit1@gmail.com&gt;


Sent from my iPhone

Begin forwarded message:

> **From:** Marie Antoine-Pierre &lt;m.apierre1217@gmail.com&gt;
> **Date:** November 30, 2023 at 2:13:09 PM EST
> **To:** Marie Antoine-Pierre &lt;m.apierre1217@gmail.com&gt;
> **Cc:** Zafem World &lt;zafemworldent@gmail.com&gt;
> **Subject: Fwd: copy of letter for Intake NY-Z3T-FS7**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Marie Antoine-Pierre &lt;m.apierre1217@gmail.com&gt;
>> **Date:** October 12, 2023 at 1:44:32 PM EDT
>> **To:** Marie Antoine-Pierre &lt;m.apierre1217@gmail.com&gt;
>> **Subject: Fwd: copy of letter for Intake NY-Z3T-FS7**
>>
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** reviews &lt;reviews@fkmlaw.com&gt;
>>> **Date:** October 2, 2023 at 11:09:36 AM EDT
>>> **To:** m.apierre1217@gmail.com
>>> **Subject: copy of letter for Intake NY-Z3T-FS7**

Dear Legal Plan Member:

**\*\*certified tracking # 7022 3330 0000 3886 0287\*\***

Enclosed is a copy of the letter written on your behalf. Due to recent changes in our policy, please be advised the copy of your letter you receive will have the COPY watermark, but not our letterhead or attorney signature. The opposing party's copy will be sent out on our letterhead with the attorney's signature. If you do not receive a response to this letter after 30 days, kindly contact our office at 1-800-506-2444 for further assistance. Alternatively, if you receive a response from the other party directly, please contact us if further action is required. We appreciate this opportunity to assist you with your legal matter.

Very Truly Yours,

Feldman, Kramer & Monaco, P.C.

*Note: DUE TO SECURITY REASONS, OUR OFFICE CANNOT EMAIL THE OPPOSING PARTY

Feldman, Kramer & Monaco, P.C.
330 Motor Pkwy, Suite 400
Hauppauge NY 11788

Phone: 631-231-1450
Fax: 631-231-4732

---

**Pierre, Marie NY-NY-Z3T-FS7 (2)(copy).pdf**
92K