**Baruch Gottesman <baruch.gottesman@gmail.com>**

## Fwd: Follow up for intake NY-Z3T-FS7
1 message

**Sky Dalimit** <skydalimit1@gmail.com>  Thu, Jun 20, 2024 at 12:06 AM
To: Baruch Gottesman <baruch.gottesman@gmail.com>

---------- Forwarded message ---------
From: **Marie Antoine-Pierre** <m.apierre1217@gmail.com>
Date: Mon, Jun 17, 2024 at 7:27 PM
Subject: Fwd: Follow up for intake NY-Z3T-FS7
To: Ric Sky <skydalimit1@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Marie Antoine-Pierre <m.apierre1217@gmail.com>
> **Date:** September 22, 2023 at 3:23:24 PM EDT
> **To:** reviews <reviews@fkmlaw.com>
> **Subject: Re: Follow up for intake NY-Z3T-FS7**
>
> Good afternoon,
>
> Thank you for reaching out with this update. I have not heard received a response and am still in need of legal assistance. I spoke with Attorney Press on Tuesday, September 19th, 2023, and we agreed to wait till today. As it would mark the exact 30 days when you sent the letter in both me and my husband's behalf. I called him and am waiting for a callback from him.
>
> Again, thank you.
>
> Marie Joseph
> Valued Client
>
>
> If you have not received a response and you are still in need of legal assistance,
>
> Sent from my iPhone
>
>> On Sep 22, 2023, at 10:06 AM, reviews <reviews@fkmlaw.com> wrote:
>>
>> We recently wrote a letter on your behalf regarding the above referenced intake.
>>
>> Our records indicate that we have not yet received a response from the opposing party. If you have received a response and you are satisfied with the outcome, please let us know. We would be happy to hear that we were able to help you!

If you have not received a response and you are still in need of legal assistance, please call the Provider Attorney office, Monday through Friday, between the hours of 8:30 A.M. and 5:00 P.M.

Thank you and have a great day!

Feldman, Kramer & Monaco, P.C.
330 Motor Pkwy, Suite 400
Hauppauge NY 11788

Phone: 631-231-1450
Fax: 631-231-4732