Outlook

## Wiss Joseph and Marie Joseph et al. v. Dener Ceide et al., Case No. 24-CV-6572 (BMC)

**From** Kelly Peters <kelly@sprfllp.com>
**Date** Sat 9/27/2025 9:04 AM
**To** bg gottesmanlegal.com <bg@gottesmanlegal.com>
**Cc** Peter Fox <pfox@sprfllp.com>

Dear Mr. Gottesman,

We are writing to advise you that our firm has recently been retained to represent Dener Ceide and Dener Ceide Productions Inc. in the above-referenced matter. We are in the process of reviewing the file and will be in touch as appropriate once we have had an opportunity to evaluate the case.

In the meantime, our clients reserve all rights, remedies, and defenses.  Please feel free to contact our office if you wish to discuss these matters.

Sincerely,
Kelly

Kelly Paul Peters
Scoolidge Peters Russotti & Fox LLP
2 Park Avenue 20th Fl, New York, NY 10016
T: +1 212 729 7708 / C: +1 917 517 5106
kelly@sprfllp.com / sprfllp.com

This e-mail message is intended only for the named recipient(s) above.  It may contain confidential information that is privileged or that constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.  Thank you.