Outlook

## Re: Wiss Joseph and Marie Joseph et al. v. Dener Ceide et al., Case No. 24-CV-6572 (BMC)

**From** bg gottesmanlegal.com <bg@gottesmanlegal.com>
**Date** Fri 10/24/2025 4:07 PM
**To** Kelly Peters <kelly@sprfllp.com>
**Cc** Peter Fox <pfox@sprfllp.com>

Colleagues:

We are a month later and I have not heard from you further.   Let me know when we can speak.

Can you please also confirm that you can accept service of post-Judgment Discovery Demands (as well as a Motion to Compel/Contempt, given the Defendants' non-compliance with the Judgement).  Please confirm and let me know!

Have a great weekend,

As always, please feel free to be in touch with me further if you have any questions, comments, or concerns about this or any other matter.

Respectfully,

Baruch S. Gottesman

**Baruch S. Gottesman, Esq.**
New York Bar I.D. No. 4480539
New Jersey Bar I.D. No. 02222-2006
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY  10004
Phone: (212) 401-6910
e-mail: bg@gottesmanlegal.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*This electronic mail transmission may contain privileged, confidential and/or proprietary information intended for the person(s) named.  Any use, distribution, copying or disclosure to another person is strictly prohibited.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply e-mail.*
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.*

**From:** Kelly Peters <kelly@sprfllp.com>
**Sent:** Saturday, September 27, 2025 9:04 AM
**To:** bg gottesmanlegal.com <bg@gottesmanlegal.com>
**Cc:** Peter Fox <pfox@sprfllp.com>
**Subject:** Wiss Joseph and Marie Joseph et al. v. Dener Ceide et al., Case No. 24-CV-6572 (BMC)

Dear Mr. Gottesman,

We are writing to advise you that our firm has recently been retained to represent Dener Ceide and Dener Ceide Productions Inc. in the above-referenced matter. We are in the process of reviewing the file and will be in touch as appropriate once we have had an opportunity to evaluate the case.

In the meantime, our clients reserve all rights, remedies, and defenses.  Please feel free to contact our office if you wish to discuss these matters.

Sincerely,
Kelly

Kelly Paul Peters
Scoolidge Peters Russotti & Fox LLP
2 Park Avenue 20th Fl, New York, NY 10016
T: +1 212 729 7708 / C: +1 917 517 5106
kelly@sprfllp.com / sprfllp.com

This e-mail message is intended only for the named recipient(s) above.  It may contain confidential information that is privileged or that constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.  Thank you.