**Trademark/service mark application, Principal Register**
Serial number: 99465070
Mark: ZAFÈM DE DENER CEIDE PRODUCTIONS
Mark format: Standard character
Filing date: October 27, 2025 at 7:29:33 PM ET
Docket number:
Owner name: DENER CEIDE PRODUCTIONS
Amount paid: $ 350 (1 class)

## Trademark details

**Mark**
ZAFÈM DE DENER CEIDE PRODUCTIONS

**Mark Format**
**Standard character**
The mark consists of standard characters, without claim to any particular font style, size, or color.

## Owner information

| | |
|---|---|
| *Name | DENER CEIDE PRODUCTIONS |
| Entity type | Corporation |
| Place of organization/citizenship | New Jersey |
| **Mailing address information** | |
| *Address line 1 | 86 Lackawanna Ave |
| *City | Paterson |
| *State/territory | New Jersey |
| *Zip/postal code | 07424 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| Primary telephone number | (347) 454-1609 |
| Owner website URL | www.zafemmizik.com |

**Domicile address information**
The mailing address is the same as the owner's domicile address.

## Goods and services

### Filing basis information
Section 1(b)

### Identification of goods and services

**International Class 041**
Filing basis: Section 1(b)
Providing information in the field of music and entertainment; Entertainment services, namely, providing non-downloadable prerecorded music via a website; Entertainment services, namely, providing non-downloadable playback of music via global communications networks; Providing a website featuring information in the field of music and entertainment; Entertainment services, namely, providing music tours in the nature of live musical performances; Providing information in the field of music and entertainment via a website; Entertainment services in the nature of a film series in the field of music; Entertainment services in the nature of a television series in the field of music; Entertainment, namely, live music concerts; Entertainment services, namely, providing music theater tours in the nature of live musical theater performances; Entertainment services in the nature of recording, production and post-production services in the field of music; Organization of exhibitions for musical entertainment; Entertainment services in the nature of live musical performances; Entertainment services in the nature of presenting live musical performances; Music composition services; Composition of music for others; Music composition and transcription for others; Music video production; Production of sound and music video recordings; Production of musical videos; Multimedia entertainment services in the nature of recording, production and post-production services in the fields of music, video, and films; Production of music; Production of musical sound recordings; Live music performances; Providing live music performance venues; Live performances by a musical group; Entertainment, namely, live performances by musical bands; Entertainment, namely, live performances by a musical band; Music composition for others

## Additional statements

**Translation (if applicable)**

| | |
|---|---|
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | Additional information about the mark: The English translation of "ZAFÈM" in the mark is "my business." No claim is made to the exclusive right to use "PRODUCTIONS" apart from the mark as shown. |
| Significance of mark | |
| Disclaimer | |

## Correspondence information

| | |
|---|---|
| *Correspondence name | DENER CEIDE PRODUCTIONS |
| *Primary correspondence email address | denerceideproductions@gmail.com |

## Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 1 |
| Base application fee, per class | $ 350 |
| Total fees paid | $ 350 |

## Declaration and signature

### Declaration

[ X ] Basis:
If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):
- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or
If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):
- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Electronic Signature | /DENER CEIDE/ |
| Signatory's name | DENER CEIDE |
| Signatory's position | Owner |
| Date signed | 10/27/2025 |
| Signature method | Signed directly within the form |

STAMP:USPTO/APPB-**.**.***.**-20251027192933323-99465070-17.1-beec6693-ff1c-4ef1-b102-222c98eb0441-

CARD-20251027150356973978

# ZAFÈM DE DENER CEIDE PRODUCTIONS