Instagram    **Log In**    Sign Up



kelly__nicolas · Follow

kelly__nicolas Edited · 22h
Just days apart, two major filings
appeared under the name Zafèm 👀

🔶 October 27, 2025. A trademark
application for "Zafèm de Dener Ceide
Productions" was filed with the USPTO
(status: pending).

🔷 October 29, 2025. A new ZAFEM LLC
was registered in New York State
(status: active).

From trademarks to state filings, the
name Zafèm keeps making moves, and
the story behind it keeps getting deeper.

#BreakingNews #Zafem #Trademark
#LLC #BusinessMoves #TheInsightDose
#kjbadvertising

5 likes
23 hours ago

Log in to like or comment.

More posts from kelly__nicolas





**Never miss a post from kelly__nicolas**

Sign up for Instagram to stay in the loop.

Sign up

Log in



**Never miss a post from kelly__nicolas**

Sign up for Instagram to stay in the loop.

Sign up

Log in