Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88707614 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 122 |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/88707614/large |
| **LITERAL ELEMENT** | ZAFEM WORLD ENTERTAINMENT |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) blue, purple, red, and white is/are claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the wording "ZAFEM" in stylized form and shaped like a semi circle, where the letter "Z" is in blue color, the letter "A" in "ZAFEM" is in blue and purple color, the letter "F" in "ZAFEM" is in purple color, the letter "E" in "ZAFEM" is in purple and red color, and the letter "M" in "ZAFEM" is in red color; all the foregoing on a white background. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use WORLD ENTERTAINMENT apart from the mark as shown. |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) blue, purple, red, and white is/are claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of The mark consists of the wording "ZAFEM WORLD ENTERTAINMENT" in stylized form and shaped like a circle, where the letter "Z" is in blue color, the letter "A" in "ZAFEM" is in blue and purple color, the letter "F" in "ZAFEM" is in purple color, the letter "E" in "ZAFEM" is in purple and red color, and the letter "M" in "ZAFEM" is in red color; the "W" is in blue color, the "O" is in blue and purpose color, the "R" in "WORLD" is in purple color, the "L" is in purple and red color, and the letter "D" is in red color; the "ENTE" letters are in blue, the "R" in "ENTERTAINMENT" is in blue and purple color, the "TAI" is in purple color, the second letter "N" in "ENTERTAINMENT" is in purpled and red color, the "MENT" letters are in red color; all the foregoing on a white background. |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Joseph, Wiss. |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | skydalimit1@gmail.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Joseph, Wiss. |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | skydalimit1@gmail.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |

| SIGNATURE SECTION | |
|---|---|
| RESPONSE SIGNATURE | /Wiss Joseph/ |
| SIGNATORY'S NAME | Wiss Joseph |
| SIGNATORY'S POSITION | Owners |
| SIGNATORY'S PHONE NUMBER | 917-635-5140 |
| DATE SIGNED | 08/29/2020 |
| AUTHORIZED SIGNATORY | YES |
| RESPONSE SIGNATURE | /Marie Joseph/ |
| SIGNATORY'S NAME | Marie Joseph |
| SIGNATORY'S POSITION | Owners |
| SIGNATORY'S PHONE NUMBER | 917-635-5140 |
| DATE SIGNED | 08/29/2020 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Sat Aug 29 15:42:55 ET 2020 |
| TEAS STAMP | USPTO/ROA-XX.XX.XXX.XXX-2 020082915425500022-88707 614-750da3f16ec141c9bcf9d 1550115f39908f6326f9cedbf 7e72aeed3141dd8555c1-N/A- N/A-20200829151613013385 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **88707614** ZAFEM WORLD ENTERTAINMENT (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/8870761 4/large) has been amended as follows:

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use WORLD ENTERTAINMENT apart from the mark as shown.

**Color Claim**
The color(s) blue, purple, red, and white is/are claimed as a feature of the mark.

**Description of mark**
The mark consists of The mark consists of the wording "ZAFEM WORLD ENTERTAINMENT" in stylized form and shaped like a circle, where the letter "Z" is in blue color, the letter "A" in "ZAFEM" is in blue and purple color, the letter "F" in "ZAFEM" is in purple color, the letter "E" in "ZAFEM" is in purple and red color, and the letter "M" in "ZAFEM" is in red color; the "W" is in blue color, the "O" is in blue and purpose color, the "R" in "WORLD" is in purple color, the "L" is in purple and red color, and the letter "D" is in red color; the "ENTE" letters are in blue, the "R" in "ENTERTAINMENT" is in blue and purple color, the "TAI" is in purple color, the second letter "N" in "ENTERTAINMENT" is in purpled and red color, the "MENT" letters are in red color; all the foregoing on a white background.

**Correspondence Information (current):**
  Joseph, Wiss.
  PRIMARY EMAIL FOR CORRESPONDENCE: skydalimit1@gmail.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed):**
  Joseph, Wiss.
  PRIMARY EMAIL FOR CORRESPONDENCE: skydalimit1@gmail.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /Wiss Joseph/     Date: 08/29/2020
Signatory's Name: Wiss Joseph
Signatory's Position: Owners

Signatory's Phone Number: 917-635-5140

**Response Signature**
Signature: /Marie Joseph/     Date: 08/29/2020
Signatory's Name: Marie Joseph
Signatory's Position: Owners

Signatory's Phone Number: 917-635-5140

The signatory has confirmed that he/she is not represented by an authorized attorney, and that he/she is either: (1) the owner/holder; or (2) a person or persons with legal authority to bind the owner/holder; and if he/she had previously been represented by an attorney in this matter, either he/she revoked their power of attorney by filing a signed revocation with the USPTO or the USPTO has granted this attorney's withdrawal request.

Mailing Address:    Joseph, Wiss.


  236 East 16th St. Apt # 4F
  Brooklyn, New York 11226
Mailing Address:    Joseph, Wiss.
  236 East 16th St. Apt # 4F
  Brooklyn, New York 11226

Serial Number: 88707614
Internet Transmission Date: Sat Aug 29 15:42:55 ET 2020
TEAS Stamp: USPTO/ROA-XX.XX.XXX.XXX-2020082915425500
0222-88707614-750da3f16ec141c9bcf9d15501
15f39908f6326f9cedbf7e72aeed3141dd8555c1
-N/A-N/A-20200829151613013385