

# Department of State
## Division of Corporations

### Entity Information

**Entity Details**

- **ENTITY NAME:** ZAFEM LLC
- **FOREIGN LEGAL NAME:**
- **ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
- **SECTION OF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
- **DATE OF INITIAL DOS FILING:** 10/29/2025
- **EFFECTIVE DATE INITIAL FILING:** 10/29/2025
- **FOREIGN FORMATION DATE:**
- **COUNTY:** ALBANY
- **JURISDICTION:** NEW YORK, UNITED STATES

- **DOS ID:** 7745851
- **FICTITIOUS NAME:**
- **DURATION DATE/LATEST DATE OF DISSOLUTION:**
- **ENTITY STATUS:** ACTIVE
- **REASON FOR STATUS:**
- **INACTIVE DATE:**
- **STATEMENT STATUS:** CURRENT
- **NEXT STATEMENT DUE DATE:** 10/31/2027
- **NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

- **Name:** REGISTERED AGENTS INC.
- **Address:** 418 BROADWAY, STE R, ALBANY, NY, UNITED STATES, 12207

Electronic Service of Process on the Secretary of State as agent: Not Permitted

### Chief Executive Officer's Name and Address

- **Name:**
- **Address:**

### Principal Executive Office Address

- **Address:**

### Registered Agent Name and Address

- **Name:** REGISTERED AGENTS INC.
- **Address:** 418 BROADWAY, STE R, ALBANY, NY, 12207

### Entity Primary Location Name and Address

- **Name:**



