# Business Certificate

I HEREBY CERTIFY that I am conducting or transacting business under the name or designation

of __ZAFEM BAND__

at __1335 EASTERN PKWY APT 9B__

City or Town of __BROOKLYN__   County of __KINGS__   State of New York.

My full name is __WISS JOSEPH__

Print or type name. If under 21 years of age, state "I am _____ years of age".

and I reside at __1335 EASTERN PKWY APT 9B__

I FURTHER CERTIFY that I am the successor in interest to __ENTERTAINMENT__

the person or persons heretofore using such name or names to carry on or conduct or transact business.

No. 767700

IN WITNESS WHEREOF, I have signed this certificate on __31__ __MAY__ 20__11__

_Joseph Wiss_

STATE OF NEW YORK, COUNTY OF __KINGS__   ss:

On __May 31st, 2011__ before me, the undersigned, personally appeared __JOSEPH, WISS__ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_(signature and office of person taking acknowledgment)_

Notary Stamp

Subscribed and Sworn to before me
This __31st__ day of __May__ 201__1__

Notary Public
Bernard, Lionel
Notary Public, State of New York
No. 01BE5054626
Qualified in Kings County
Commission Expires Aug 28, 2014



X 201 — Certificate of Conducting Business under an Assumed Name for Individual, 6-07

© 2007 by Blumberg Excelsior, Inc. Publisher, NYC 10013    www.blumberg.com