




Create

Filters


Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



29:17

ZAFEM! Pwoblèm pi rèd pou Jazz la, Dener Ceide gen anpil...

No views • 53 minutes ago

 1804 infos

ZAFEM! Pwoblèm pi rèd pou Jazz la, Dener Ceide gen anpil chans pou pran prizon, Ann tande Jean Claude...

New



30:07

Zafem Band on Beyond Focus TV Show

No views • 17 hours ago

 Zafem Band

Zafem #OnlyGodCan #ZafemWorldEntertainment #ZafemBand #ZWEMember #ZWE #ZafemMusic...

New



6:27

Zafem band

No views • 1 day ago

 Konpa se lavi

New



7:19

Plante Zafem Band

72 views • 2 days ago

Zafem Band

ZafemseZafew.

New






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



635 views • 7 days ago

 RANDEVOUPRÈS

🏷 INFO | Two Haitian citizens: 🇭🇹 Wiss Joseph and Marie Joseph, have filed a lawsuit against Dener Ceide,...

### Sa Kap Pase La

51 views • 3 weeks ago

 Zafem Band

zafemsezafew #sakappasela #zafemband.



### ZAFEM BAND DE LANE 2024 SOU NU-LOOK AK KLASS

2.5K views • 10 months ago

 MINDTY PROMO

ZAFEM BAND DE LANE 2024 SOU NU-LOOK AK KLASS.

### "Mési Bondye": interprétée par Emeline Michel, Dener Séide, ...

1.5K views • 10 months ago

 Tony's Radyografi

Emeline Michel: joined by Zafèm band to perform "Mèsi Bondye"



### Zafem Band Repetisyon

30 views • 1 year ago

 Zafem Band





 Home

 Shorts

 Subscriptions

YouTube Mu...






Wiss Joseph /... 1.1K views

Kisa Zafem a... 2.2K views

GAZZMA N VOYE ... 1.2K views

Ti Siwo - Savalou ... 6.7K views

#ZAFEM La Pi Rè... 3.7K views




 You

 Downloads

Show more




Zafem live Brooklyn 1 septembre

3.5K views • 2 years ago

GLOBAL VISION





Eske @Zafem ap nan La Nuit Des Jeunes pou année 2024 l...

9.8K views • 2 years ago

GUY WEWE NETWORK ✓

SUBSCRIBE FOR MORE GREAT VIDEOS: http://bit.ly/ytguywewe ▷ SUBSCRIBE HAITI...




Sa Kap Pase La (Extended Version)

1.2K views

Zafem Band - Topic

Provided to YouTube by Amuseio AB Sa Kap Pase La (Extended Version) · **Zafem** Band · Joe Soy Sa Kap Pas...








Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



 Zafem Band - Topic

Provided to YouTube by Amuseio AB Plante (Radio Edit) · **Zafem Band** · Joe Soy Plante ℗ Zafem World…


Lanmou sa (Extended Version)

1.3K views

 Zafem Band - Topic

Provided to YouTube by Amuseio AB Lanmou sa (Extended Version) · **Zafem Band** · Joe Soy Lanmou sa …


Zafem Band Practice

347 views · 3 years ago

 Zafem Band




Ticket Mag jus ap ogmante konplo pou kontinye bare…

3.4K views · 3 years ago

 CHOL MIKELIVE

Poukisa tout mechanste sa yo kont ZAFEM.


HMI NEWS:MEN REZON KI FE ZAFEM PA KA MACHE, SAA…

273 views · 3 years ago

 Don Placide Toussaint

DISCLAIMER ☆ I do not own the anime, music, artwork or the lyrics. All rights reserved to their respective…






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



69 views • 4 years ago

 LA TARDE CON RICHIE TV

fiesta de haytianos republica dominicana.



PLANTE X ZAFEM BAND

589 views • 4 years ago

 Marie Antoine-Pierre

New music from **Zafem Band**. Enjoy!!! Follow us on Instagram, Facebook & YouTube for latest sounds...



ZAFEM ALA DE KA PAPA I DO NOT OWN ANY COPYRIGHT O...

153 views • 4 years ago

 Fito Fontil



Wiss Joseph / Band leader Zafèm Band

1.1K views • 2 years ago

 Lakay info509 Media



Kisa Zafem ap pare la a menm?! Eske nap tann Zafem??

2.2K views • 4 years ago

 Adduction Media

Abonnez vous.



 ✕ 









**Home**

**Shorts**

**Subscriptions**

**YouTube Mu...**

**You**

**Downloads**

Zafem ft. Shawn Kemp...

1.1K views

GAZZMAN VOYE YON ...

1.2K views

Ti Siwo - Savalou Solo...

6.7K views

#ZAFEM La Pi Rèd | N'ap B...

3.7K views



Interview with Dener Ceide at Chilling with ReGina

16K views • 4 years ago

Chilling with ReGina

Lady G had a half hour exclusive conversation with Music Producer and **Zafem Band** Leader Dener Ceide....



zafem

73 views • 4 years ago

ministerio evangelizacion en contacto

mal palan yo.



April 1, 2021

11 views • 4 years ago

Z  Zafem Band Louissaint






Home



107 views • 4 years ago

 Patshow Picho

2:55


Shorts

### Zafem pa bon nan peyi sa map tounen nan peyi m



1.1K views • 4 years ago

 widner Darcelin official


Subscriptions

3:52

### ZAFEM - ALA DE KA COVER Fisher Ft Brad Maestro


YouTube Mu...



591 views • 4 years ago

 BRAD MAESTRO

ZAFEM - ALA DE KA COVER Fisher Ft Brad Maestro #zafem #denerceide #reginaldcange.


You

4:17

### ZAFEM ap FE ZAFE'L- FE ZAFE'W SITWAYEN



219 views • 4 years ago

 Mitan Kafoua

BON BAGAY --FE YO BOUDE ..

Downloads

2:09

### zafem ala deka cover by richi beatz



660 views • 4 years ago

 Richi Beatz Official

5:10



Hervelitot

Zafem - A La De Ka (AlexK-by Cover)

455 views • 4 years ago

Alex K-by Officiel

Facebook : https://m.facebook.com/AlexKbyguitarist
Instagram : https://www.instagram.com/alexkby/?hl=fr...

Zafem ala 2 K

44 views • 4 years ago

Jean Baptiste Maxis



Gwo analiz sou mizik ala de ka de zafem, sa anpill animatè p...

531 views • 4 years ago

Guerschon Family

nan video sa 3 jèn gason te pran inisyativ pou yo tante pale de yon mizik kap fè hit nan moman an kise ala dek...



Zafem

3.9K views • 4 years ago

Radio Télé PBS "Haiti Québec"

Regi ak Dener.

  


Home


Shorts


Subscriptions


YouTube Mu…


You


Downloads



110 views • 4 years ago

 cadet august



Zafem ala de ka papa

39K views • 4 years ago

 Philipp Cher-Aime

I had the privileged of meeting a gentleman who was a good friend of my father in the Bahamas name Guy…



Zafem Ala De Ka Official Lyrics Video

183 views • 4 years ago

 Mitan Kafoua



ZAFEM ALA DE KA PAPA | ESKE ZAFEM JWEN HIT LA WI OU…

7.9K views • 4 years ago

 GADE - DODO

SUBSCRIBE TO #GADEDODOtvshow LIVE SOU FACEBOOK @10:00AM.



ZAFEM - ÀLA DE KA | ANALIZ MIZIK LA AK TÈKS LA AVÈK…

2.5K views • 4 years ago

 Adduction Media



3.7K views • 4 years ago

WORLDBEATZ AYITI

ZAFEM - "Ala de ka" (Reginald Cangé & Dener Céïde) NEW…

3.6K views • 4 years ago

Konpa Agogo

Get MORE of Konpa Agogo: ⇒ MORE GREAT VIDEOS : https://www.youtube.com/c/KonpaAgogo ⇒ LIKE Kon…



zafem ala de ka

74 views • 4 years ago

Kafou Variete

ZAFEM Ala de ka Reginald Cange Lyrics mp4

25 views • 4 years ago

Monde Actif

Monde actif.



Zafem - Ala De Ka (Official Audio)

1.5K views • 4 years ago

HMI Network

Zafem.

 


Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



Dockese News TV



Zafem lage.... Mal palan yo

8.8K views • 4 years ago

 Reggie One Show

Zafem lage wi la mal palan yo mwn pral pale ak yo.



Zafem - Ala De Ka (Official Teaser, Lyrics)

49K views • 4 years ago

 Zafem

A new vision with a great intentions Nou gen on lòt vizyon avèk bon entansyon #zafem #denerceide...



POLO HMI INFO ZAFEM BASIS DELVA MICHEL ESKE KITE |...

1.6K views • 5 years ago

 FusionLive

POLO HMI INFO ZAFEM BASSIST ESKE KITE FELDER DETAY PLS PATAJE ABONE #SUBSCRIBE...



Mardi Debat | ZAFEM PRAL LAGUE ON MIZIK | ENPOSIB A...

3K views • 5 years ago

 GADE - DODO

SUBSCRIBE TO #GADEDODOtvshow LIVE SOU FACEBOOK @10:00AM.








Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



11:07

Z  Zafem Band Louissaint



13:21

ZAFEM - ANTANN POUN ANTANN NOU COUPÉ CLOUR...

210 views • Streamed 5 years ago

 RADIO SEABREEZE ISLAND

Please support my channel by helping me reach 1000 subscribers, use the link to subscribe or abonnez: ...



4:08

JONAS SIMBERT | BATÈ ZAFEM LAN A 22 ANS TE...

1K views • 5 years ago

 Adduction Media

Subscribe to our YouTube Channel Adduction Media please!! Visit our website www.adductionmedia.com...



10:20

MEN PROBLEM ZAFEM RANKONTRE AVAN SHOW A |...

4.9K views • 5 years ago

 GADE - DODO

SUBSCRIBE TO #GADEDODO tvshow live sou facebook @10:00 am.



13:08

ZAFEM july 2020

311 views • 5 years ago

 MUCHALITO PROD

Antann poun Antan nou.





Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads


9:08

617 views • 5 years ago

 Adduction Media

Subscribe to our YouTube channel Adduction Media please.

ZAFEM DENER CEIDE & REGINAL CANGE OFFICIAL...

265 views • 5 years ago

 FusionLive

ZAFEM DENER CEIDE & REGINAL CANGE OFFICIAL THANKYOU YON GWO MESI A FANATIK YO SUBSCRIB...
8:22

ZAfem GRANDE PREMIERE Francklin TAMAR COMMENTE...

31 views • 5 years ago

F Francklin TAMAR

EMISSION SAMEDI CULTURE 4 JUILLET 2020 SUR RADIO SOLIDARITE. INVITEE TAMARA SUFFREN,...
2:06:36


13:36

Zafem: Ti Pouchon By Toto Necesiite Live

211 views • 5 years ago

 BriKouri News

Zafem live July 3rd From New York performance. Following on Instagram @brikourinews @Zafemmusic ...
4K


1:37

Dener ap prezante tout Mizisyen ZAFEM yo aprè live la!

6.3K views • 5 years ago

 GUY WEWE NETWORK 

SUBSCRIBE FOR MORE GREAT VIDEOS: http://bit.ly/ytguywewe ▷ LIKE GUY WEWE RADIO A ON...

  


Home


Shorts


Subscriptions


YouTube Mu…


You


Downloads



27 views • 5 years ago

 Music Groove



KISA ZAFEM VLE DI? OPINION NOU SOU ZAFEM GRAND…

159 views • 5 years ago

 Radio Tambou

Please subscribe to our channel for more exclusives video and news from the HMI #topvideo #konpa…



ZAFEM LIVE REGINAL KANGE DENE

399 views • 5 years ago

 Amilca Ameles

Zafem #live #reginal #cange.



Zafem live

133 views • Streamed 5 years ago

 Miderson & Guerlien



ZAFEM CONCERT LIVE 03 /07 /2020

59 views • 5 years ago

 champagne1 Music

  


Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads


13:34

105K views • 5 years ago

 Lambi Lakay

Savalou Live Reginald Cangé Dener Ceide grande premiere #like #comment #subscribe with my...

ZAFEM - SAVALOU LIVE FEAT DENER & REGINAL C. (...

13K views • 5 years ago

 CHO GOGO A

ZAFEM - SAVALOU LIVE( GRANDE PREMIERE)

12:09

ZAFEM PREZANTE TOUT MIZISYEN DJAZZ LA

290 views • 5 years ago

 Adduction Media

Subscribe to our YouTube channel Adduction Media please!!!


2:05

live zafem yo wi

90 views • 5 years ago

MIz-black Show


7:17

zafem live antann poun antann nou premye moso konpa djaz...

120 views • 5 years ago

MIz-black Show

Zafe live premye konpa yo jwe.


13:20






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads


12:43

Mlz-black Show

zafem bay yon cho vodou avan menm yo te komanse mal gre pwoblem avan anpil pawol pike pale gade sa...


Zafem live new york

118 views • Streamed 5 years ago

 Miderson & Guerline

10:21


2:20

ARLY LARRIVIERE BAY ZAFEM RESPE A JAN ANPIL MOUN...

360 views • 5 years ago

 Rubain TV

Rejoignez cette chaîne pour bénéficier d'avantages exclusifs ...


3:05

LIVE ZAFEM lan se pita wi 8h30 pm| REGINALD Cange ap pale...

2.9K views • 5 years ago

 PAMH TV

Nou Poste video Chak Jou Abone'w Ak nou https://bit.ly/3ibRPhc Follow PAMH TV sou IG...


14:17

EVANS ZAFEM BANOU KEKTI DETAY SOU SHOW ZAFEM...

4.2K views • 5 years ago

 GADE - DODO

SUBSCRIBE TO #GADEDODO tvshow LIVE SOU FACEBOOK @10:00 AM.




Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads



1.2K views • 5 years ago

 Adduction Media

Subscribe to our YouTube channel Adduction Media please!!



### REGINAL CANGE ZAFEM FÈ GRO DEKLARASYON DE SHO...

19K views • 5 years ago

 GADE - DODO

SUBSCRIBE TO #GADEDODO tvshow LIVE SOU FACEBOOK @10:00 AM.



### Zafem -live Reginald & cange dener caide

45 views • 5 years ago

 ALBERT VALCOURT

Rejinal ak Dener tap fe yon ti pale ak fanatik zafem yo live kap fet le 3 jiyer a jan neg yo apa pale la pran gen...



### KISA NOU PANSÉ ZAFEM KA FÈ !! ESKÉ NOU PAP DESU !!...

2.8K views • 5 years ago

 evens jean LE TOP GROOVE

Evens Jean live tous les matins 10hrs-13hrs ( lundi-vendredi ) sur #LeTopGroove ,top groove on the move,...



### ZAFEM PRAL FÈ NAN LIVE LI YA TOUT SA LOT DJAZZ YO P...

10K views • 5 years ago

 evens jean LE TOP GROOVE

Evens Jean live tous les matins 10hrs-13hrs ( lundi-vendredi ) sur #LeTopGroove ,top groove on the move,...






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



12K views • 5 years ago

 Didiparadi Randevou-A

SUSBCRIBE / Didiparadi Randevou-A.



### Mesaj Zafem voye pou Fanatik yo pou Bal Virtuel yo.

62 views • 5 years ago

 Marco Antidote#10

### Zafem Savalou (maestro Saint Louis 21/04/2020)

432 views • 5 years ago

 Saint Louis Bèl Kòd Toutan



### POLO INTERVIEW ZAFEM DENER & REGINAL PLS...

424 views • 5 years ago

 FusionLive

POLO INTERVIEW ZAFEM DENER & REGINAL PLS SUBSCRIBE #SUBSCRIBE #zafem #HAITIAN...



### Polo | ZAFEM Reginal & Dener Ceide sharing a little...

161 views • 5 years ago

 FusionLive

Polo Fusion Reginal & Dener Ceide sharing a little Knowledge with us #haiti #ayiti #history #knowledge...





Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



5.2K views • 5 years ago

 GADE - DODO

SUBSCRIBE TO #GADEDODO tvshow LIVE SOU FACEBOOK @10:00 AM.



ZAFEM vs EKIP: PSL di ki jaz ki pi bon choix si wap investi...

19K views • 5 years ago

 kompagrooves ✓

CONTACT KOMPAGROOVES/ KOMPA MAGAZINE PHONE: 1 (646) 529-5735 E-MAIL:...





ZAFEM SAVALOU OFFICIAL VIDEO 2019 YouTube

15 views • 5 years ago

 Pouvwa lajan

nou pral jwenn anpil machandiz sou chèn youtube mwen an ret branche!!!!!



ZAFEM ( grande premiere)

1K views • 5 years ago

 lamy georges



ZAfem OFFICIAL GRAND PREMIERE

446 views • 5 years ago

 Gilnove Simon

ZAfem OFFICIAL GRAND PREMIERE.






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads

20:12

139 views • 5 years ago

Geek9

Nan moman difisil la se le a ou prepare pou demen. Pitow ou pare epi ga gen afe, le sa aaa ou ka ret tann....

ZAFEM LAGUE WI FINALMAN | MEN REAKSYON PEP BONDY...

11K views • 5 years ago

GADE - DODO

SUBSCRIBE TO #GADEDODO tvshow LIVE SOU FACEBOOK @10:00 AM.

BREAKING NEWS | MEN NOM MUZISYEN ZAFEM YO | KÈ...

42K views • 5 years ago

GADE - DODO

SUBSCRIBE TO #GADEDODO tvshow LIVE SOU FACEBOOK @10:00 AM.

"ZAFEM" GRANDE PREMIERE 1er MAI 2020

521 views • 5 years ago

Radyo San Mikwo RSM

hmi #konpa #music #kompa #haitianmusic #ayisyen #carnavalhaiti #kanaval2020haiti #hmi #haiti...

ZAFEM AK EKIP KIYES KAP SOTI AVAN LOT | MEN SAW...

3.2K views • 5 years ago

GADE - DODO

SUBSCRIBE TO #GADEDODO TVSHOW LIVE SOU FACEBOOK @10:00 AM.






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



15K views • 5 years ago

GADE - DODO

SUBSCRIBE TO #GADEDODO TVSHOW LIVE SOU FACEBOOK @10:00 AM.




Zafem - Savalou - [PIANO COVER]

1.1K views • 5 years ago

 GuitarHope

This is the keyboard solo of Zafem song "SALAVOU" played by @Goder. For more videos like this, please...



ZAFEM : MEN TOUT DÈNYÈ UPDATES SOU DJAZ LA

1.6K views • 5 years ago

 Adduction Media

Subscribe to our channel YouTube Adduction Media please.



Breaking news: gwo lajan gentan depanse Nan Zafem

9.2K views • 5 years ago

 VAYB KREYOL NEWS



Zafem

13 views • 5 years ago

 Michelet LINDOR

Youn nan pi bel mizik ki lage pou fen ane 2019 la Zafem. de Reginald Cange & Dener.

 


Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads


7:08

38K views • 5 years ago

 Didiparadi Randevou-A

SUSBCRIBE / Didiparadi Randevou-A.


27:58

ZAFEM | MEN KI KONSEKANS TWEET DENER CEIDE TE FÈ A...

735 views • 5 years ago

 Adduction Media

Subscribe to our channel YouTube Adduction Media please.


10:04

LE ROI DEMANTI DENER CEIDE (ZAFEM) KI DI PRMOTE YO A...

1.6K views • 5 years ago

 Konpa Agogo

Get MORE of Konpa Agogo: ⇒ MORE GREAT VIDEOS : https://www.youtube.com/c/LylyMilsoitKonpaAgogo ⇒...


18:48

"ZAFEM" Deneir Seide & Reginald Cange! $12000...

184 views • 5 years ago

 Media TouPatou


0:09

Zafem Savalou, oficial vidéo

78 views • 5 years ago

 Détente Musicale

Abonnez-vous.

9+








Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



532 views • 5 years ago

 widner Darcelin official

dale me gusta a mi nueva pagina de facebook porfavor https://www.facebook.com/Widner-Darcelin-official-...



reginald cange zafem tou pale ak dadou pou gazzman

69K views • 5 years ago

D Detayyy News



Reginald Cange/ Dener Zafem sou dosye $12000 yo mande...

128K views • 5 years ago

 WORLDBEATZ AYITI



ZAFEM REMESYE GADE DODO YO KONTAN AMPIL POU BEL...

3.4K views • 5 years ago

 GADE - DODO

SUBSCRIBE TO #GADEDODO tvshow LIVE SOU FACEBOOK @10:00 AM.



REGINALD CANGE & DENER CEIDE ZAFEM DIKE DIAZ LA...

28K views • 5 years ago

 GADE - DODO

SUBSCRIBE TO #GADEDODO tvshow LIVE @10AM ON FACEBOOK.






Home


Shorts


Subscriptions


YouTube Mu…


You


Downloads


41:30

30K views • 5 years ago

 Didiparadi Randevou-A

SUBSCRIBE / Didiparadi Randevou-A #HaitianMusic #Didiparadi #Konpa #WorldMusic #Zouk…


1:09:11

REGINALD CANGE & DENER CEIDE KAP PREZANTE ZAFE'…

65K views • 5 years ago

Konpaeventss

REGINALD CANGE & DENER CEIDE " ZAFEM " INTERVIEW ON 3POU5.

ZAFEM PARE MAIS YO PAKA JWEN CLUB POU YO JWE

3.1K views • 5 years ago

GADE - DODO

gadedodoTvshow LIVE @10 AM ON FACEBOOK CREDIT [] GUY WEWE RADIO A.

BARBER SHOP TALK - ZAFEM AP JWE TOUT MIZIK DENER…

3.8K views • 5 years ago

Adduction Media

Subscribe to our YouTube Channel Adduction Media pl…

3 moments  DRESS CODE…

BREAKING NEWS | KILE ZAFEM AP FE 1ER BAL LI | DISIP…

19K views • 5 years ago

GADE - DODO

gadedodoTvshow LIVE @10 AM ON FACEBOOK.






Home


Shorts


Subscriptions


YouTube Mu…


You


Downloads

tripotay pam



ZAFEM - Savalou..( Reginald Cange & Dener Ceide)

23 views • 6 years ago

 Tilus Weekendson

Video sa bèl anpil. Reginald tounen pou bon.. menm ke anpil difikilte ke peyi nou an ap andire la, pou mizik sa…

Savalou solo guitar, zafem de reginal cangè et Dener Ceide

418 views • 6 years ago

 Guvens Dorvil

ZAFEM-SAVALOU. ENT. VENT, 🎺 (HILAIRE positif)

146 views • 6 years ago

 HPSTF distraction

HPSTF distraction.

Tilus wenderson cover savalou Zafem

173 views • 6 years ago

 Dorphsly Thelus



 



74K views • 6 years ago



kompagrooves ✓

Contact KOMPA MAGAZINE PHONE: 1 (646) 529-5735 E-MAIL: KOMPAMAGAZINE@GMAIL.COM.


Home



MEN SA PIPO ST LOUIS DI DE PWOJÈ ZAFEM NAN EPI TOU…

14K views • 6 years ago


Shorts

 Adduction Media

Subscribe to our YouTube Channel Adduction Media please!!


Subscriptions



Zafem Reginald Cange + Zazou zenglen me sa kap bouyi anba…

7.5K views • 6 years ago


YouTube Mu…

 WORLDBEATZ AYITI


You



ZAFEM / ME KISA RANDEVOU KONPA PANSE DE "SAVALOU"

5.6K views • 6 years ago

 Didiparadi Randevou-A

SUBSCRIBE / Didiparadi Randevou-A.


Downloads



ZAFEM "Savalou" (Dener Ceide & Reginald Cangé)

5K views • 6 years ago

 James Jessey Joseph Official 

ZAFEM "savalou" guitar solo cover by James Jessey Joseph.

 


Home


Shorts


Subscriptions


YouTube Mu...


You

Downloads



13K views • 6 years ago

 WORLDBEATZ AYITI



Map enjoy mizik preferem nan savalou de reginald cange...

1K views • 6 years ago

 widner Darcelin official

dale me gusta a mi nueva pagina de facebook porfavor https://www.facebook.com/Widner-Darcelin-official-...



Analiz profond sou nouvo mizik Zafem Reginald Cange a....

12K views • 6 years ago

 WORLDBEATZ AYITI



ZAFEM 'Savalou' official video! Reginald Cange & Dener Ceide

10 views • 6 years ago

 Frantz Hudson Louis

ZAFEm lage, tout lot jazz yo pran nan cho "Reginald et Dener" Gade 2 vokal serye nan HMI la.



Video Zafem,zenglen,nu look, klass,savalou,m swete I danse...

520 views • 6 years ago

 LIKENSY BOY

Video Zafem,zenglen,nu look, klass,savalou,m swete I danse, fè chèlbè,klike sou Li.






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads




3.3K views • 6 years ago

LIRIK CHANTE

ZAFEM - Savalou [LYRICS] [PAROLES] REGINALD CANGE / DENER CEIDE KONPA / COMPAS / NEW RELEASE /...



ZAFEM kraze (Sa) net 😎

123 views • 6 years ago

Rokendy J

W'ap fè komsi'w pa wè.



ZAFEM - "Savalou" official video! (Reginald Cange & Den...

106 views • 6 years ago

LIKENSY BOY

ZAFEM - "Savalou" official video! (Reginald Cange & Dener Ceide)



@Zafem Savalou@ Official Video. Reginald Cange And...

118 views • 6 years ago

Benise Official

Zafem / Savalou. S'abonner-vous sur ma chaîne pour plus de vidéo. Merci.



ZAFEM - SAVALOU OFFICIAL VIDEO 2019

77 views • 6 years ago

HAITIANVIBEMUSIC HVM TV

hvm #tv.





Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



33 views • 6 years ago

 Ck Recordz

Zafem - Savalou.



Zafem - Savalou (Lyrics Video) (Paroles)

1.8K views • 6 years ago

M  Max Engels TANIS

Kouri aprann lirik videyo Savalou a pou w' ka chante l' menm jan ak tout fanatik konpa dirèk ki gen nan tout...



Ti Siwo - Savalou Solo from Zafem

6.7K views • 6 years ago

 Ti Siwo

thanks Dener Ceide! you are awesome!



ZaFem- savalou / analyz e komantè avek Polo Radio...

4.8K views • 6 years ago

 VAYB KREYOL NEWS

Zafem

5K views • 6 years ago

Robenson Désius

Dener Ceide.






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



388 views • 6 years ago

 Alexis Revi

Dlo nan, sispann jwe ak peyi an.

Zafem / Reginald Cangé/ Dener Ceide/ Savalou

66 views • 6 years ago

 D-GO Best

Zafem / Reginald Cangé/ Dener Ceide/ Savalou.



ZAFEM "SAVALOU" OFFICIAL VIDEO 17/10/2019

96 views • 6 years ago

 Ralphson

MIZIK MOMAN, SISSPANN JWE AK PEYI A MESYE.



zafem savalou official video 2019

12 views • 6 years ago

 ENOUL YE



ZAFEM-`savalou (reginald cange & dener ceide)

132 views • 6 years ago

 DJ DJIKOMIX








Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



35K views • 6 years ago

 Jacobin Noir

World.premiere of Zafem (Relginald Cange & Dener Ceide) first video single.




ZAFEM - Savalou official video! (Reginald Cange & Dener Ceide)

431 views • 6 years ago

 Odlin Bdp Jean

New track.



Zafem- Savalou (Video Official )

63 views • 6 years ago

 MILTON LOUIS -Mèt America HC

Zafem Reginald C. & Dener Céide.



Zafem vidéo officiel #Savalou

23 views • 6 years ago

 Matias Théodore



ZAFEM avec Reginal Cangé & Dener Ceide official video...

171 views • 6 years ago

 BS Magazine Tv

Reginal retounen red nan HMI la Yo mele.

 


Home


Shorts


Subscriptions


YouTube Mu…


You


Downloads

 

116 views • 6 years ago

Tribunal Dumonde

abonné avek channel you tube la lew finn gade video a pou ka ret infome.

Savalou zafem

101 views • 6 years ago

Bebiché aya

Reginald cange.

 

ZAFEM - Savalou official video! (Reginald Cange & Dener Ceide)

3.8M views • 6 years ago

 kompagrooves

ZAFEM Savalou.

 3 moments  DIRECTED BY SMITH… 



SAVALOU new mizik video ZAFEM

59 views • 6 years ago

 Junior Cadet



zafem reginald cange(Official Audio)

11K views • 6 years ago

 HMI Network






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads




Junior Cesaire

5:51

### Zafem savalou world premiere video

5.2K views • 6 years ago

 paradym productions

Zafem savalou.

5:51

### GOOD NEWS [] ZAFEM LAGUE MIZIK YO A SANOU PANSE? |...

21K views • 6 years ago

 GADE - DODO

Subscribe to #gadedodo LIVE SOU FACEBOOK @10:00AM.

31:32

### KISA pou yo fè" ZAFEM KAI DJAKOUT TVICE KREYOL LA...

10K views • 6 years ago

 kompagrooves ✔

CONTACT KOMPA MAGAZINE PHONE: 1(646)529-5735 E-MAIL: KOMPAMAGAZINE@GMAIL.COM.

3:00

### ZaFem Réginald Cange & Dener Ceide pral lage tout jazz nan...

20K views • 6 years ago

 VAYB KREYOL NEWS

5:24

 

 Home

 Shorts

 Subscriptions

 YouTube Mu...

 You

 Downloads



 Don Garry Officiel

7:25



16:42

## MEN TOUT DENYE DETAY SOU ZAFEM/BAGAY YO CHO NAN...

9.3K views • 6 years ago

 RADIO SYNERGY TUBE

Abonnez-vous à notre chaîne Youtube.



1:11

## Zafem new teaser video

67 views • 6 years ago

 100pu100 compas konpa

100pu100 compas.



SHORTS

## ZAFEM

1.2K views • 6 years ago

 Nicky Promo Konpa

ZAFEM.



1:02

## Zafem/New Song - Video Teaser (Reginald Cangé Feat....

124 views • 6 years ago

 Ryan Artwood

Bientot la sortie officielle de cette nouvelle chanson du groupe Zafem composé de deux 2 super talents de la...

 


Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



 Woodyy

1:02



2:04

Zafem savalou video 2019 ( Reginald cang & Dener ceide

153 views • 6 years ago

 Sincere Damas

Damas.



4:10

ZAFEM (Reginald Cange/Dener Ceide): P.S.L di nou si jazz la......

65K views • 6 years ago

 kompagrooves ✔

CONTACT KOMPA MAGAZINE PHONE: 1(646)529-5735 E-MAIL: KOMPAMAGAZINE@GMAIL.COM.



1:01

Zafem nan zone nan ui. Reginald Dener. Sam we…

72 views • 6 years ago

 Wilkenson Degrammond



2:04

Zafem

92 views • 6 years ago

 CHERIDESON MIX LERBOUR

Pral gen bagay wi.





Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

72 views • 6 years ago



Lamarre Bernadel

Abonnez-vous*********** merci.

Zafem - Savalou (Official Video Teaser)

31K views • 6 years ago

Zafem

zafem #hmi #music #haiti #teaser #worldmusic #global #savalou.

Draso Maestro disip vle al nan zafem detayyyy

406 views • 6 years ago



D  Detayyy News

DOSYE DRASSO AK ZAFEM REGINALD CANGÉ DENER...

8.2K views • 6 years ago



Diyosa Show

Diyosa show, is a promotional radio station to promote music from the Haitian Community.

ZAGALO BAY KI DAT ZAFEM DENER CEIDE AK REGINALD...

7.6K views • 6 years ago



Diyosa Show

Diyosa show, is a promotional radio station to promote music from the Haitian Community.






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



6.6K views • 6 years ago

 WORLDBEATZ AYITI



BARBER SHOP TALK - ZAFEM POKO PARE POU SOTI | TOUT...

3K views • 6 years ago

 Adduction Media

Subscribe to our YouTube Channel Adduction Media please!!

ZAFEM GENTAN METE SEXY BEEF DEYÒ NAN DJAZ LA |...

758 views • 6 years ago

 Adduction Media

Subscribe to our YouTube Channel Adduction Media please!!



SEXY BEEF ZAFEM | SELI KI KITE SEPA ZAFEM KI METEL...

17K views • 6 years ago

 GADE - DODO

SUBSCRIBE TO #GADEDODO tvshow LIVE SOU FACEBOOK @10:00 AM.



Zafem | Gentan Mete Sexxxy Beef Ate | Breaking News

3.8K views • 6 years ago

 GADE - DODO

gadedodoTvshow -Plz Follow us on facebook :https://www.facebook.com/GadeDodo/ -Plz Subscribe...






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



5.3K views • 6 years ago

 Diyosa Show

Diyosa show, is a promotional radio station to promote music from the Haitian Community.

Yon ti réflexion sou djazz CAnge ak Dener la #zafem

563 views • 6 years ago



lamy georges

ZAFEM - ANPIL RIMÈ NAN LARI A / ESKE DJAZ LA GEN...

9.9K views • 6 years ago



 Didiparadi Randevou-A

SUBSCRIBE / Didiparadi Randevou-A.

FLORENCE NAN STUDIO LAP SOTI ON MIZIK -KOTE ZAFEM-...

11K views • 6 years ago



 GADE - DODO

gadedodoTvshow KOTE ZAFEM-FLORENCE NAN STUDIO LAP SOTI ON MIZIK- ALBUM NULOOK LAN FO...

ZAFEM VS KLASS, HAITIANBEATZ DETAYYYYY...

10K views • 6 years ago



 Diyosa Show

Diyosa show, is a promotional radio station to promote music from the Haitian Community.






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



18K views • 6 years ago

 Diyosa Show

Diyosa show, is a promotional radio station to promote music from the Haitian Community.



Breaking News: "Grande première" ZAFEM repouse po...

16K views • 6 years ago

 GUY WEWE NETWORK 

SUBSCRIBE FOR MORE GREAT VIDEOS: http://bit.ly/ytguywewe ▷ LIKE GUY WEWE RADIO A ON...



ZAFEM (REGINALD CANGE AK DENER CEIDE) PEDU YON...

6.4K views • 6 years ago

 Diyosa Show

Diyosa show, is a promotional radio station to promote music from the Haitian Community.



RUTSHELLE PAJWE AUX CAYES POUKISA-MEN LIST...

3.4K views • 6 years ago

 GADE - DODO

RUTSHELLE -PAJWE AUX CAYES POUKISA-MEN LIST MUSICIEN ZAFEM (RIGI CANGE)



ZAFEM, AP NEGOSYE, EPI JAZZ AK MUZISYEN KI GEN...

4.3K views • 6 years ago

 Diyosa Show






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



9.9K views • 6 years ago

 ROUPY PRODUCTIONS TV - RPTV -

ROUPYCULTUREL TV SHOW du SAMEDI 6 AVRIL 2019: • L'Ambassade d'Haiti a Washington lance un appel aux...



ZAFEM LAGE - REGINALD CAGÉ AP BAY SOU DJAZZ AK...

1.4K views • 6 years ago

 Adduction Media

SUBSCRIBE TO OUR CHANNEL YOUTUBE ADDUCTION MEDIA.



tout infomasyon sou [ZAFEM] nouvo Jazz reginal Cange ave...

6.9K views • 6 years ago

 Rale ti Chèz ou



ZAFEM | DE REGINAL CANGE vs ZAFEM BAND -BILAN SOU...

20K views • 6 years ago

 GADE - DODO

Subscribe #gadedodo Tvshow LIVE SOU FACEBOOK @10:00 AM.



REGINALD CANGE... --ZAFEM-- NEW BAND IN THE HMI, FULL...

2.1K views • 6 years ago

 Claudel Kompa Dance Instructor

NU-LIFE DANCE STUDIO, STRUCTURES, DISCIPLINES, PRINCIPALS, RULES, SELF-CONTROL, AND MUCH MOR...







Home



Shorts



Subscriptions



YouTube Mu...



You

Downloads



13:32

 afrokreyoldivertisman

ZAFEM ,nom Djaz Reginald Cange ak Dener an, Regi palé bien anpil. PRODUI VEDÈT, Achté pou supôté nou, piyay...



7:25

Zafem de Reginal cangé

37K views • 6 years ago

 Junior Cesaire



1:02:42

REGINALD CANGÉ ZAFEM - PREMYE INTERVIEW SOU DJ...

42K views • 6 years ago

 Didiparadi Randevou-A

SUBSCRIBE / Didiparadi Randevou-A.



20:12

Zafew pa zafem - Ann Prepare pou demen pi bon

47 views • 6 years ago

 E  Eustache Duverna

Mezanmi mwen ta swete nou pa regret len fin gade video saa. Avek tout kem mwen swete mesaj saa rive...



3:29

Zafem bebiché aya

81 views • 6 years ago

 Bebiché aya

Ann ale ft bebiché aya.

 


Home


Shorts


Subscriptions


YouTube Mu…


You


Downloads



85K views • 7 years ago

 GADE - DODO

gadedodoTvshow.



### Radio Touche Douce & Zafem Radio Presents klass vs…

1.3K views • 8 years ago

 ZAFEMRADIO

Who's the Boss? klass vs Zenglen.



### Zafem TV Live Music Channel

548 views • Streamed 10 years ago

 ZAFEMRADIO

We're a music channel Station. Playing konpa, Zouk, Kanaval and more...



### Feedback New Single 2014 - This Girl By Zafem Radio

447 views • 11 years ago

 ZAFEMRADIO

Feedback New Single 2014 - This Girl By Zafem Radio For Booking call 786-277-6748 Album coming out soon.



### Zafem band rehearsal

843 views • 11 years ago

 Ldeli Deli





Home

Shorts

Subscriptions

YouTube Mu…

You

Downloads










232 views • 11 years ago

Beyond Focus Media NY

**Zafem Band** on Beyond Focus TV Show.



### Zafem band live

5.5K views • 11 years ago

 Ldeli Deli

September, 28th **Zafem band** live.



### Zafem Band (It's Mine) Se Zafew "The Rebirth of Culture"

1.5K views • 12 years ago

 melvin riddick

Performing at the Citizen For A Better Community Family Day Event August 11, 2012.



### Back to me(ZAFEM)

818 views • 12 years ago

 zafem chardo

Groupe musical chardonnieres comme keyboardiste Simil Milry, guitariste 1 Jean Marc, guitare 2 beaulieu…



### Zafem Band: Before the Next Teardrops Fall

714 views • 12 years ago

 ZafemBand

Interpretation Credit: Freddy Fender.






Home


Shorts


Subscriptions


YouTube Mu...


You


Downloads



546 views • 12 years ago

 ZAFEMRADIO

BLACK PARENTS - MADAN'M PAM BY (ZAFEM TV.COM ) HAITIANAMBIANCE.COM ZAFEMRADIO.COM -



Tabou Combo_Kite'm fe Zafem (LIVE) - Haitianbeatz.com

2K views • 13 years ago

 Jacobin Noir

Live Audio.



Beyond Focus TV, Zafem Band Interview

575 views • 13 years ago

 melvin riddick



MVI 1095 MOV zafem video05

906 views • 13 years ago

k ketly similien



ZAFEM BAND

12K views • 13 years ago

k ketly similien






Home


Shorts

Subscriptions

YouTube Mu...


You


Downloads


10:37

 S  sonyracing1


7:43

### ZAFEM BAND 4/2012
406 views • 13 years ago

S  sonyracing1

**ZAFEM BAND** REPETITION.


1:04

### ZAFEM BAND 19 NOVEMBRE AT YOLIES RESTAURANT...
352 views • 13 years ago

 4Diaspo TV

This is a party you don't want to miss with **ZAFEM BAND** at Yolie's Restaurant in Brooklyn NY. on Saturday...


4:55

### DE CAYARD OPEN MIC HALLAN DAPHNIS WITH...
306 views • 14 years ago

4Diaspo TV

ON THE WORLD BEAT - Hallan Daphnis talks to a few members of **Zafem Band** at Fast Lane studios during a...

No more results

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads



Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads





Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu…

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu…

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

Home

Shorts

Subscriptions

YouTube Mu...

You

Downloads

