**Scoolidge,
Peters,
Russotti &
Fox, LLP**

Kelly P. Peters
2 Park Avenue – 20th Floor
New York, NY 10016
(212) 729-7708
kelly@sprfllp.com

November 7, 2025

**Via ECF**
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Joseph et al. v. Ceide et al.*, **Case No. 1:24-cv-6572 (BMC)**
**Request for Oral Argument on Defendants' Motion to Set Aside Default Judgment and to Stay Enforcement**

Honorable Judge Cogan:

We represent Defendants Dener Ceide and Dener Ceide Productions, Inc. (collectively, "Defendants") in the above-referenced matter. Defendants' motions to set aside the Default Judgment and to stay its enforcement (ECF Nos. 35-36 and 46) have been fully briefed and submitted to the Court for decision.

We respectfully write to request that the Court hear oral argument on these motions, and that said oral argument be heard at the same time as the Order to Show Cause hearing scheduled for November 17, 2025 at 5:00 p.m. (ECF No. 44).

We further note that because the pending motions directly address the validity and enforceability of the default judgment that underlies Plaintiffs' contempt application, resolution of those motions is likely to guide or moot portions of Plaintiffs' request for relief under the Order to Show Cause. Therefore, holding oral argument on both matters at the same time would promote efficiency, avoid duplicative proceedings, and provide the Court with a complete factual and procedural record before addressing the contempt issues.

We appreciate the Court's consideration of these matters.

Respectfully submitted,

Kelly Paul Peters, Esq.
Scoolidge Peters Russotti & Fox LLP
*Counsel for Defendants*

cc:   All parties of record via ECF