# Exhibit A



Department of State  /  Division of Corporations  /  Search Records  /  Search By Entity Name  /

Next List                                                                 ZAFEM CARIBBEAN RESTAURA
                                                                          Search

## Entity Name List

| Corporate Name | Document Number | Status |
| --- | --- | --- |
| ZAFEM CARIBBEAN RESTAURANT L.L.C. | L21000060621 | Active |
| ZAFEM HEATING & COOLING LLC | L22000130203 | INACT/UA |
| ZAFEM LOGISTICS LLC | L23000211854 | INACT |
| ZAFEM LONG DISTANCE CORP. | P10000046442 | INACT |
| ZAFEM MULTI-SERVICES, LLC | L24000054770 | InActive |
| ZAFEM RADIO PREMIUM HOSTING INC | P12000002973 | INACT |
| ZAFEM SHIPPING INC | P23000037648 | INACT |
| ZAFEM TOP CLEANING, LLC | L23000355880 | INACT |
| ZAFEM TRANSPORT LLC | L20000393573 | INACT/UA |
| ZAF ENTERPRISES CORP | P18000045084 | INACT |
| ZAF ENTERPRISES, INC. | P25000046043 | Active |
| ZAFE OTO PAM L.L.C. | L18000218919 | INACT |
| ZAFE PA NOU, INC. | P11000052611 | Active |
| ZAFE PEP LA HAITIAN CULTURAL FOUNDATION, INC. | N01000001675 | INACT |
| ZAFER INC. | P14000058766 | INACT |
| ZAFER, INC. | P95000025900 | INACT |
| ZAFERANO LLC | L21000236482 | Active |
| ZAFER CONSTRUCTION INC. | P19000006476 | INACT |
| ZAFER GROUP CORP | P24000059544 | INACT/UA |
| ZAFER HOME STORE LLC | L20000361865 | INACT |

Next List                                                                 ZAFEM CARIBBEAN RESTAURA
                                                                          Search