# Exhibit B

# Tabou Combo – Anthology Vol. IV (1979-1986)



Label:

Mini Records – MRSD1019, Zafem Records – MRSD1019

Series:

Compas Sou Compact

Format:

CD, Compilation, Remastered

Country:

US

Released:

1992

Genre:

Latin, Funk / Soul, Folk, World, & Country

Style:

Compas



Case 1:24-cv-06525-BMC    Document 49-3    Filed 11/14/25    Page 3 of 3 PageID #: 732

discogs.com/rel

| 6 | Tro Jen |
|---|---|
|  | Music By, Lyrics By – Victor Desgrottes |
| 7 | Marie Marie |
|  | Music By, Lyrics By – Yves Joseph |
| 8 | Eseye'l Konsa |
|  | Lyrics By – H. Nau*, Yves Joseph |
|  | Music By – Herman Nau |

## Credits

Arranged By – Alix Pascal
Design [Cover] – Herman Nau
Engineer – James Farber
Executive-Producer, Remastered By [Digital Remastering] – Fred Paul
Mastered By – Greg Calbi
Producer – Tabou Combo
Remastered By [Digital Remastering] – Gerry Comito

## Companies, etc.

Recorded At – Power Station
Phonographic Copyright ℗ – Mini Records
Copyright © – Mini Records
Produced For – Zafem Inc.
Produced For – Mini Records
Distributed By – Maxison Distributions
Manufactured By – Disc Makers
Glass Mastered At – Specialty Records Corporation

## Barcode and Other Identifiers

