# Exhibit C

# Dyaman Nan Bidonvil – Zafem (2023)
# Lyrics by Dener Ceide

Remember them not forget them
Sonje yo pa bliye yo

Give them life please
Ba yo lavi souple

Give them life please
Ba yo lavi souple

Watch them don't ignore them
Gade yo pa inyore yo

They want to live and hear
Yo anvi viv tande

Give them life please
Ba yo lavi souple
Two words I find necessary
De ti pawòl mwen twouve k nesesè

I have not come to condemn
Mwen pa vin pou m kondane

Rather it is the opposite
Pito se le kontrè

It is an occasion to remind us of the essentials
Se yon okazyon pou raple n lesansyel

If we neglect to take care of the children
Si nou neglije pran swen timoun yo

Tomorrow we will see him
Demen na wè l
Remember them not forget them
Sonje yo pa bliye yo

Give them life please
Ba yo lavi souple

1

Give them life please
Ba yo lavi souple

Watch them don't ignore them
Gade yo pa inyore yo

They want to live and hear
Yo anvi viv tande

Give them life please
Ba yo lavi souple
A big tip of the hat to parents who know their rights
Yon gro kout chapo pou paran k konn dwa yo

And for those who abandon the way of their duties
E pou sila ki abandone wout la nan devwa yo

It is an occasion to remind essential
Se yon okazyon pou raple lesansyèl

If we neglect to take care of the children
Si nou neglije pran swen timoun yo

Tomorrow we will see him tomorrow we will see him
Demen na wè l demen n va wè l
I heard a voice calling
M tande vwa k ap rele

Enough crying
K ap kriye byen fò di ase
We want we want
Nou vle nou vle

Ask and ask
Mande n mande

Protect us and love us as we deserve
Pwoteje n renmen n jan nou merite
We want we want
Nou vle nou vle

Ask and ask

2

Mande n mande

Protect us and love us as we deserve
Pwoteje n renmen n jan nou merite
A bunch of innocents
Yon bann inosan

They are also born smart
Yo fèt tou entelijan

If there were means
Si te gen mwayen

who could become a great commander
k ta ka vin gran komandan

Ten years old
Granmoun a dizan

Take parental responsibility
Pran responsablite paran

Make them fall in wait
Fè yo tonbe vann kò anatandan

There are no other options yet
Poko gen lot opsyon

Hunger is pressing
Grangou ap bay presyon
We want we want
Nou vle nou vle

Ask and ask
Mande n mande

We want we want
Nou vle nou vle

Ask and ask
Mande n mande

3

Protect us and love us as we deserve
Pwoteje n renmen n jan nou merite
When you get off the plane
Lè w desann avyon an

Pull dollar pull paper
Rale dola rale papye

You must have a lot of gall
Fò w gen anpil fyèl

to say you will not separate
pou di w pap separe
I see this all over the city
M'wè sa nan tout Cité

Even in Fort Liberty
Menm nan Fò Libète

It's the same thing I see in Burkinabe
Se menm bagay la m wè Burkinabe

Diamond guards in slums
Gad dyaman nan bidonvil

Hunger is pressing
Grangou ap bay presyon
Children's needs
Nesesite timoun yo

Your sound is a heavy burden tied to our neck
Son w chay lou k mare nan kou n

Who has just been embarrassed if n
Ki fèk kare jennenn si n

Don't mess with acting like an adult
Pa demele n aji an granmoun
Given the knowledge can challenge all ignorance
Bay la konesans ka defye tout inyorans

It is not in the street under the mouth of brigands to learn
Se pa nan lari anba bouch brigan pou yal aprann

4

Lower the stir
Bese brase
But no, it's not like that
Men non se pa konsa pa konsa

But no, it's not like that
Men non se pa konsa pa konsa

But no, it's not like that
Men non se pa konsa pa konsa

But no, it's not like that
Men non se pa konsa pa konsa
Children's needs
Nesesite timoun yo

Your sound is a heavy burden tied to our neck
Son w chay lou k mare nan kou n

Who has just been embarrassed if n
Ki fèk kare jennenn si n

Don't mess with acting like an adult
Pa demele n aji an granmoun
Given the knowledge can challenge all ignorance
Bay la konesans ka defye tout inyorans

It's not in the street where you can learn
Se pa nan lari an ba bouch brigan pou yal aprann

Lower the stir
Bese brase
But no, it's not like that
Men non se pa konsa pa konsa

But no, it's not like that
Men non se pa konsa pa konsa

But no, it's not like that
Men non se pa konsa pa konsa

5

But no, it's not like that
Men non se pa konsa pa konsa

6