# Exhibit D


**RÉPUBLIQUE D'HAÏTI**

# *Bureau National d'Ethnologie*

MINISTÈRE DE LA CULTURE ET DE LA COMMUNICATION

Date : ..................................................

**BNE/DG-01800**

**Port-au-Prince, November 13, 2025**

**National Bureau of Ethnology (BNE)**

**To:**

**ZAFÈM GROUP**

**Subject: Statement in Support of the ZAFÈM Group and Its Cultural**

    **For Immediate Release**

The National Bureau of Ethnology (BNE) wishes to express its support for the Haitian musical group Zafèm, whose role in promoting and enhancing contemporary Haitian culture is recognized both within Haiti and throughout the diaspora.

- We acknowledge the decision of a New York district court ordering the group to cease using the name **"Zafèm"** for commercial purposes and to pay damages. However, it is important to distinguish the legal and commercial matters from the cultural and patrimonial value of this group.

Since its founding in 2019 by Dener Céide and Réginald Cangé, Zafèm has created a space where the tradition of konpa engages in dialogue with Afro-Caribbean influences and world music. Their artistic approach exemplifies a process of dynamic cultural transmission, in which Haitian musical heritage is renewed while remaining deeply rooted in the national identity.

The Creole term **"Zafèm"**, chosen as the group's artistic identity, is profoundly symbolic: it evokes strength, perseverance, and collective spirit, values inherent in Haitian culture and popular music. In this sense, both the work and the name of Zafèm contribute to the continuity and dissemination of Haitian cultural heritage, beyond commercial concerns.

The term **"Zafèm"**, as adopted by the group, goes beyond its nominal dimension: it represents strength, perseverance, and collective spirit, core values in

---

2, angle avenue Magny et rue Oswald Durand • B. P. 915 • Port-au-Prince, Haïti
Telefòn / Téléphone: (509) 2915-0612 • Email: bne.ayiti@gmail.com

Haitian history and culture. This designation, together with the group's artistic trajectory, constitutes a vehicle of cultural continuity and a positive influence on the diaspora and international audiences.

The BNE further emphasizes that the protection and promotion of Haitian cultural heritage also involve supporting those who perpetuate it through contemporary creation, and that the name **"Zafèm"** embodies a symbol of this ongoing cultural continuity.

Supporting this group is to acknowledge the vitality of our music and affirm that Haitian culture continues to reimagine itself and radiate beyond its borders. Yet support does not imply disregarding legal realities: prudence, lucidity, and openness to dialogue are necessary for **Zafèm's cultural** legacy to continue unfolding in accordance with established rules. Even within this constrained framework, the group's work remains a living act of scholarship and cultural diplomacy, deserving the attention and respect of all who value the richness of our national heritage.

This statement is issued so that the **Zafèm Group** may present it before any relevant authority or to whom it may concern, as an official testimony of its cultural and patrimonial value.

**With our distinguished regards,**

_____
Jean Erol JOSUE
Director, National Bureau of Ethnology (BNE)

2, angle avenue Magny et rue Oswald Durand
Telefòn / Téléphone : (509)



**RÉPUBLIQUE D'HAÏTI**

*Bureau National d'Ethnologie*
MINISTÈRE DE LA CULTURE ET DE LA COMMUNICATION

Date : ................................................

BNE/DG-01800

Port-au-Prince, le 13 novembre 2025

À l'attention du : Groupe ZAFÈM

Objet : <u>Témoignage en faveur du Groupe ZAFÈM et sa valeur culturelle pour diffusion immédiate</u>

Le Bureau National d'Ethnologie (BNE) souhaite apporter son témoignage en faveur du groupe musical haïtien Zafèm, dont le rôle dans la promotion et la valorisation de la culture haïtienne contemporaine est reconnu à la fois en Haïti et dans la diaspora.

Nous prenons acte de la décision d'un tribunal du district de New York condamnant le groupe à cesser d'utiliser le nom **« Zafèm »** à des fins commerciales et à verser des dommages et intérêts. Toutefois, il importe de distinguer les enjeux juridiques et commerciaux de la valeur culturelle et patrimoniale de ce groupe.

Depuis sa fondation en 2019 par Dener Céide et Réginald Cangé, Zafèm a su créer un espace où la tradition du konpa dialogue avec des influences afro-caribéennes et de la world music. Leur démarche artistique est exemplaire d'un processus de transmission culturelle dynamique, où le patrimoine musical haïtien se renouvelle tout en restant enraciné dans l'identité nationale.

Le terme créole **« Zafèm »**, que le groupe a choisi comme identité artistique, est profondément symbolique : il évoque la force, la persévérance et l'esprit collectif, des valeurs qui se retrouvent dans la culture haïtienne et la musique populaire. En ce sens, l'œuvre et le nom de Zafèm participent à la continuité et à la diffusion du patrimoine culturel haïtien, au-delà des enjeux commerciaux.

Le mot créole **« Zafèm »**, choisi comme identité artistique par le groupe, dépasse sa dimension nominale : il symbolise la force, la persévérance et l'esprit collectif, valeurs fondamentales dans l'histoire et la culture haïtiennes. Cette

---

2, angle avenue Magny et rue Oswald Durand • B. P. 915 • Port-au-Prince, Haïti
Telefòn / Téléphone: (509) 2915-0612 • Email: bne.ayiti@gmail.com

appellation, ainsi que la trajectoire artistique du groupe, constituent un vecteur de continuité culturelle et d'influence positive auprès de la diaspora et du public international.

Le Bureau rappelle enfin que la protection et la valorisation du patrimoine culturel haïtien passent aussi par le soutien à ceux qui le perpétuent dans la création contemporaine, et que le nom **« Zafèm »** incarne un symbole de cette continuité culturelle.

Soutenir ce groupe, c'est reconnaître la vitalité de notre musique et affirmer que la culture haïtienne se réinvente et rayonne au-delà de ses frontières. Mais soutenir ne signifie pas nier les réalités juridiques : lucidité et ouverture au dialogue sont nécessaires pour que l'héritage culturel de Zafèm continue de se déployer dans le respect des règles établies. Même dans ce cadre contraint, l'œuvre du groupe demeure un acte vivant d'érudition et de diplomatie culturelle, digne de l'attention et du respect de tous ceux qui chérissent la richesse de notre patrimoine national.

Ce témoignage est délivré afin que le **Groupe Zafèm** puisse le présenter devant toute instance ou à qui de droit, à titre de témoignage officiel de sa valeur culturelle et patrimoniale.

Avec nos salutations distinguées

Jean Erol JOSUE
Directeur Général
Bureau National d'Ethnologie (BNE)