# Exhibit E



REPUBLIC OF HAITI

**MENFP**

MINISTRY OF NATIONAL EDUCATION AND
VOCATIONAL TRAINING

Port-au-Prince, . November 14, 2025

No. *C-9: 174*

CERTIFICATION

The Ministry of National Education and Vocational Training (MENFP) hereby certifies
that one of the songs by the musical group Zafem has been included in the Baccalaureate
examinations, 2023 session.

The inclusion of a song in the official Baccalaureate examinations is subject to strict and rigorous
criteria, based on the literary quality, linguistic richness, cultural relevance, and educational
value of the work. The selection of a song by Zafem thus reflects institutional recognition of the
importance of its contribution to the country's intellectual, linguistic, and cultural heritage

Based precisely on the literary and aesthetic value of Dener CÉIDE's text, "Dyaman
nan bidonvil," taken as an example, the MENFP recognizes that the artistic work of the
Zafem group is of great interest to the academic training of students. This text is an
important contribution to the promotion of Haitian Creole and the enrichment of national
culture.

This certificate is issued for all legal purposes.

Done in Port-au-Prince, November 14, 2025.



Augustin AOINE
Minister



**RÉPUBLIQUE D'HAÏTI**
**MENFP**

**MINISTÈRE DE L'ÉDUCATION NATIONALE
ET DE LA FORMATION PROFESSIONNELLE**

Port-au-Prince, le **1 4 NOV 2025**

No. *C-9:17h*

## ATTESTATION

Le Ministère de l'Éducation Nationale et de la Formation Professionnelle (MENFP) certifie, par la présente, que l'un des textes du groupe musical Zafem a été inclus dans les épreuves du Baccalauréat, session 2023.

L'inclusion d'un texte dans les examens officiels du Baccalauréat répond à des critères stricts et rigoureux, basés sur la qualité littéraire, la richesse linguistique, la pertinence culturelle et la valeur éducative de l'œuvre. Le choix d'un texte de Zafem reflète ainsi la reconnaissance institutionnelle de l'importance de sa contribution au patrimoine intellectuel, linguistique et culturel du pays.

Se basant justement sur la valeur littéraire et esthétique du texte de Dener CÉIDE : « *Dyaman nan bidonvil* » pris en exemple, le MENFP reconnait que le travail artistique du groupe Zafem présente un grand intérêt pour la formation académique des élèves. Ce texte est une importante contribution à la valorisation du créole haïtien et à l'enrichissement de la culture nationale.

La présente attestation est émise pour servir et valoir ce que de droit.

Fait à Port-au-Prince, le 14 novembre 2025.

Augustin ANTOINE
Ministre

