**Scoolidge, Peters, Russotti & Fox, LLP**

**Kelly P. Peters**
2 Park Avenue – 20th Floor
New York, NY 10016
(212) 729-7708
kelly@sprfllp.com

November 21, 2025

**(Via ECF)**
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re**:    *Joseph et al. v. Ceide et al.*, **Case No. 1:24-cv-6572 (BMC)**
> **Confirming Compliance with Court Order**

Honorable Judge Cogan:

We represent Defendants Dener Ceide and Dener Ceide Productions, Inc. (collectively, "Defendants") in the above-referenced matter.

We write to respectfully advise the Court that, pursuant to Your Honor's Decision and Order entered on November 17, 2025 (ECF No. 50, the "Order"), Defendants have procured a judgment bond in the amount of $100,000. A true and correct copy of the bond is attached hereto.

Additionally, as directed by the Order, Defendants have conferred with Plaintiffs and reached an agreement regarding the amount of reasonable attorneys' fees and costs incurred in connection with Plaintiffs' motion for default judgment and their opposition to the motion to vacate. Also annexed hereto, is a copy of the stipulation confirming the parties' agreement on legal fees and costs.

Based on the foregoing, Defendants respectfully submit that they have fully complied with the conditions set forth in the Order, and that vacatur of the Default Judgment is now warranted.

We appreciate the Court's consideration.

Respectfully submitted,

Kelly P. Peters

cc:  All counsel of record via ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WISS JOSEPH and MARIE JOSEPH | ) | |
| | ) | Case No. 24-cv-6572 |
| | ) | |
| Plaintiffs, | ) | |
| vs | ) | |
| | ) | Stay Bond |
| DENER CEIDE, DENER CEIDE | ) | No.:   101648145 |
| PRODUCTIONS, INC., "ZAFEM", | ) | |
| ZAFEMUSIC.COM and ZAFEMEPK.COM, | ) | |
| | ) | |
| Defendants. | ) | |

WE, DENER CEIDE AND DENER CEIDE PRODUCTIONS, INC., as Principal, and MERCHANTS BONDING COMPANY (MUTUAL), as Surety, are bound to WISS JOSEPH and MARIE JOSEPH, as Obligee, jointly and severally in the sum of $100,000.00, for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

THE CONDITION OF THIS BOND, is that if the Principal shall satisfy any money judgment contained in the above case in full, including, if allowed by law, costs, interest, attorney's fees and damages for delay in the event an appeal of the order/judgment is dismissed or is affirmed, but in no event to exceed the penalty amount set out above, then this obligation shall be null and void; otherwise, to remain in full force and effect.

Signed and sealed this 21st day November, 2025

_____

Kelly Peters, as Attorney for Principal

Merchants Bonding Company (Mutual)
6700 Westown Parkway, West Des Moines, IA   50266

_____

By:   Nicholas A. Hanley, Attorney-in-Fact
       And New York Agent

# MERCHANTS
## BONDING COMPANY™
## POWER OF ATTORNEY

Know All Persons By These Presents, that MERCHANTS BONDING COMPANY (MUTUAL) and MERCHANTS NATIONAL BONDING, INC., both being corporations of the State of Iowa, and MERCHANTS NATIONAL INDEMNITY COMPANY , an assumed name of Merchants National Bonding, Inc.,  (herein collectively called the "Companies") do hereby make, constitute and appoint, individually,

**Nicholas A Hanley**

their true and lawful Attorney(s)-in-Fact, to sign its name as surety(ies) and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies  in  their  business  of  guaranteeing  the  fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions      or proceedings allowed by law.

This Power-of-Attorney is granted and is signed and sealed by facsimile under and by authority of the By-Laws adopted by the Board of Directors of the Companies.

"The President, Secretary, Treasurer, or any Assistant Treasurer or any Assistant Secretary or  any  Vice  President  shall  have  power  and authority to appoint Attorneys-in-Fact, and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof."

"The signature of any authorized officer and the seal of the Company may be affixed by facsimile or electronic transmission to any Power of Attorney or Certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship o obligations of the Company, and such signature and seal when so used shall have the same force and effect as though manually fixed."

In connection with obligations in favor of the Florida Department of Transportation only, it is agreed that the power and authority hereby given to the Attorney-in-Fact includes any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts required by the State of Florida Department of Transportation. It is fully understood that consenting to the State of Florida Department of Transportation making payment of the final estimate to the Contractor and/or its assignee, shall  not relieve this surety company of any of its obligations under its bond.

In connection with obligations in favor of the Kentucky Department of Highways only, it is agreed that the power and authority hereby given to the Attorney-in-Fact cannot be  modified or revoked unless prior written personal notice of such intent has been given to the Commissioner - Department of Highways of the Commonwealth of Kentucky at least thirty (30) days prior to the modification or revocation.

In Witness Whereof, the Companies have caused this instrument to be signed and sealed this   21st   day of        November        ,  2025  .



MERCHANTS BONDING COMPANY (MUTUAL)
MERCHANTS NATIONAL BONDING, INC.
MERCHANTS NATIONAL INDEMNITY COMPANY

By *Larry Taylor*

*President*

STATE OF IOWA
COUNTY OF DALLAS ss.
On this   21st   day of        November        2025   , before me appeared Larry Taylor, to me personally known, who being by me duly sworn did say that he is President of MERCHANTS BONDING COMPANY (MUTUAL),   MERCHANTS NATIONAL BONDING, INC., and MERCHANTS NATIONAL INDEMNITY COMPANY; and that  the seals affixed  to  the foregoing instrument are the Corporate Seals of the Companies; and that the said instrument was signed and sealed in behalf of the Companies by authority of their respective Boards of  Directors.



**Penni Miller**
Commission Number 787952
My Commission Expires
January 20, 2027

(Expiration of notary's commission
does not invalidate this instrument)

*Notary Public*

I, Elisabeth Sandersfeld, Secretary of MERCHANTS BONDING COMPANY (MUTUAL),   MERCHANTS NATIONAL BONDING, INC., and MERCHANTS NATIONAL INDEMNITY COMPANY do hereby certify that the above and foregoing is a true and correct copy of the POWER-OF-ATTORNEY executed by said Companies, which is still in full force and effect and has not been amended or revoked.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Companies on this   21st   day of        November        ,  2025  .



*Secretary*

POA 0018 (5/25)



## MERCHANTS BONDING COMPANY (MUTUAL)

### Statements of Admitted Assets, Liabilities, and Surplus - Statutory Basis

|  | Dec. 31, 2024 |
|---|---|
| **Admitted Assets** | |
| Bonds | $ 314,115,790 |
| Stocks | 99,457,232 |
| Real Estate | 11,979,000 |
| Cash and Short-Term Investments | 34,595,383 |
| Other Invested Assets | 1,781,226 |
| Subtotal, Cash and Invested Assets | 461,928,631 |
| Premiums in the Course of Collection | 31,016,337 |
| Amounts Recoverable from Reinsurers | 6,215,636 |
| Other Assets | 25,502,395 |
| Total Admitted Assets | $ 524,662,999 |
| **Liabilities & Surplus** | |
| Losses and Loss Adjustment Expense Reserves | $   38,546,978 |
| Unearned Premiums | 105,398,814 |
| Ceded Reinsurance Premiums Payable | 8,824,682 |
| Other  Liabilities | 54,823,625 |
| Total Liabilities | 207,594,099 |
| Unassigned Funds (Surplus) | 270,943,798 |
| Total Surplus | 317,068,900 |
| Total Liabilities and Policyholders' Surplus | $ 524,662,999 |

I, Elisabeth Sandersfeld, Treasurer of Merchants Bonding Company (Mutual), do hereby certify that the foregoing is a true and correct statement of the balance sheet of said Corporation as of December 31, 2024, to the best of my knowledge and belief.

_____                                2/28/2025
Elisabeth Sandersfeld, CFO & Treasurer                              Date

**street**
6700 Westown Parkway
West Des Moines, IA 50266-7754

**mailing**
P.O. Box 14498
Des Moines, IA 50306-3498

**toll free** 800.678.8171
**local** 515.243.8171
**fax** 515.243.3854

**email** info@merchantsbonding.com
**website** merchantsbonding.com

# State of New York

# DEPARTMENT OF FINANCIAL SERVICES

### WHEREAS IT APPEARS THAT

**Merchants Bonding Company (Mutual)**

**Home Office Address**          West Des Moines, Iowa

**Organized under the Laws of**          Iowa

**has complied with the necessary requirements of or pursuant to law, it is hereby**

**licensed to do within this State the business of**

burglary and theft, personal injury liability and fidelity and surety insurance, as specified in paragraph(s) 7, 13 and 16 of Section 1113(a) of the New York Insurance Law  to the extent permitted by certified copy of its charter document on file in this Department until July 1, 2021.



**In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, New York, this 1st  day of July, 2020**

Linda A. Lacewell
Superintendent

By          *Colleen Draper*

Colleen M. Draper
Special Deputy Superintendent

Original on Watermarked Paper

# STATE OF NEW YORK
## DEPARTMENT OF FINANCIAL SERVICES

CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

It is hereby certified that

### Merchants Bonding Company (Mutual)
### of West Des Moines, Iowa

a corporation organized under the laws of Iowa and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $184,109,742. (Capital $0), as is shown by its sworn financial statement for the quarter ending, September 30, 2020, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have here-unto set my hand and affixed the official seal of this Department at the City of Albany, this 12th day of March, 2021.

Linda A. Lacewell
Superintendent

By

Colleen M. Draper
Special Deputy Superintendent

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WISS JOSEPH**; and **MARIE JOSEPH**,<br><br>                              Plaintiffs,<br><br>                    *v.*<br><br>**DENER CEIDE**;<br>**DENER CEIDE PRODUCTIONS, INC.**;<br>"**ZAFEM**";<br>**ZAFEMUSIC.COM**; and<br>**ZAFEMEPK.COM**,<br><br>                              Defendants. | **Case No.  1:24-cv-6572**<br><br><br><br>**STIPULATION OF ATTORNEY'S FEES PURSUANT TO THE COURT'S DECISION AND ORDER ENTERED NOVEMBER 17, 2025** |

Plaintiffs Wiss Joseph and Marie Joseph ("Plaintiffs") and Defendants Dener Ceide and Dener Ceide Productions, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on November 17, 2025, the Court entered a Decision and Order (the "Order", ECF No. 50) directing the Parties to confer regarding the amount of reasonable attorneys' fees and costs incurred by Plaintiff in connection with Plaintiffs' motion for default judgment and opposing the Defendants' motion to vacate the default judgment;

**WHEREAS**, the Parties have met and conferred in accordance with the Order;

**WHEREAS**, the Parties have reached an agreement concerning the amount of attorneys' fees owed by Defendants pursuant to the Order;

**IT IS HEREBY STIPULATED AND AGREED** that the total amount of attorneys' fees to be paid by Defendants to Plaintiffs pursuant to the Order is **$5,000.00** (five thousand dollars);

1

**IT IS FURTHER STIPULATED AND AGREED** that the payment of the above-stated amount shall constitute full and complete satisfaction of any and all attorneys' fees obligations imposed by the Order.

Dated: November 21, 2025
New York, New York

**GOTTESMAN LEGAL, PLLC**                    **SCOOLIDGE PETERS RUSSOTTI & FOX**

By: /s/ *Baruch S. Gottesman*                    By: /s/ *Kelly P. Peters*

Baruch S. Gottesman, Esq.                    Kelly P. Peters
**GOTTESMAN LEGAL PLLC**                    **SCOOLIDGE PETERS RUSSOTTI & FOX**
11 Broadway, Suite 615                    2 Park Avenue, 20th Floor
New York, NY 10004                    New York, NY 10016
Telephone: (212) 401-6910                    Telephone: (212) 729-7708

*Counsel for Plaintiffs*                    *Counsel for Defendants*

2