UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WISS JOSEPH**; and **MARIE JOSEPH**,<br><br>                  Plaintiffs/Counterclaim-Defendants,<br><br>~ *versus* ~<br><br>**DENER CEIDE**;<br>**DENER CEIDE PRODUCTIONS, INC.**;<br>"**ZAFEM**";<br>**ZAFEMUSIC.COM**; and<br>**ZAFEMEPK.COM**,<br><br>                  Defendants/Counterclaimants. | Case No.  1:24-cv-6572<br><br>**ANSWER TO COUNTERCLAIM** |

**COME NOW** the Answering Counterclaim-Defendants to the Counterclaims (ECF 53 at p. 9, et seq.) and do respectfully allege as follows:

### I.  ANSWER TO ALLEGATIONS ABOUT "JURISDICTION"

1. All of the allegations in Paragraph 1 of the Counterclaim are legal argument, to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants deny that the Counterclaim makes out a valid claim under the Lanham Act.

### II.  ANSWER TO ALLEGATIONS ABOUT "VENUE"

2. All of the allegations in Paragraph 2 of the Counterclaim are legal argument, to which no response is required. To the extent that any response is required, the Answering

Counterclaim-Defendants will leave the Counterclaimants to their proof on whether venue is proper.

### III. ANSWER TO ALLEGATIONS ABOUT "PARTIES"

3. Answering Counterclaim-Defendants admit the allegations in Paragraph 3 of the Counterclaim.

4. Answering Counterclaim-Defendants admit the allegations in Paragraph 3 of the Counterclaim.

### IV. ANSWER TO ALLEGATIONS ABOUT "FACTS"

5. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 5 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 5 of the Counterclaim.

6. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 6 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 6 of the Counterclaim.

7. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 7 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 7 of the Counterclaim.

8. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 8 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 8 of the Counterclaim.

9. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 9 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 9 of the Counterclaim.

10. Paragraph 10 of the Counterclaim calls for a conclusion of law because it is presented in the context of the Counterclaimants' argument that "Zafem" cannot be trademarked, and therefore no response is required. To the extent that any response is required, the Answering Counterclaim-Defendant respectfully submit that this matter calls for expert testimony and therefore they are unable to admit or deny the allegations in Paragraph 10 of the Counterclaim and on that basis respectfully deny the allegations in Paragraph 10 of the Counterclaim.

11. Paragraph 11 of the Counterclaim calls for a conclusion of law because it is presented in the context of the Counterclaimants' argument that "Zafem" cannot be trademarked, and therefore no response is required. To the extent that any response is required, the Answering Counterclaim-Defendant respectfully submit that this matter calls for expert testimony and therefore they are unable to admit or deny the allegations in Paragraph 11 of the Counterclaim and on that basis respectfully deny the allegations in Paragraph 11 of the Counterclaim.

12. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 12 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 12 of the Counterclaim.

13. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 13 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 13 of the Counterclaim.

14. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 14 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 14 of the Counterclaim.

15. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 15 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 15 of the Counterclaim.

16. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 16 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 16 of the Counterclaim.

17. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 17 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 17 of the Counterclaim.

18. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 18 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 18 of the Counterclaim.

19. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 19 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 19 of the Counterclaim.

20. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 20 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 20 of the Counterclaim.

21. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 21 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 21 of the Counterclaim.

22. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 22 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 22 of the Counterclaim.

23. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 23 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 23 of the Counterclaim.

24. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 24 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 24 of the Counterclaim.

25. Paragraph 25 of the Counterclaim purports to incorporate a website link that speaks for itself and to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 25 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 25 of the Counterclaim.

26. Paragraph 26 of the Counterclaim purports to incorporate a website link that speaks for itself and to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 26 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 26 of the Counterclaim.

27. Paragraph 27 of the Counterclaim purports to incorporate a website link that speaks for itself and to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 27 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 27 of the Counterclaim.

28. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 28 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 28 of the Counterclaim.

29. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 29 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 29 of the Counterclaim.

30. Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 30 of the Counterclaim.

31. Answering Counterclaim-Defendants admit the allegations in paragraph 31 of the Counterclaim.

32. Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 30 of the Counterclaim.

33. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 33 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 33 of the Counterclaim.

34. Paragraph 34 of the Counterclaim purports to incorporate links that speak for itself and to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants are without sufficient information to admit or deny the

allegations in Paragraph 34 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 34 of the Counterclaim.

35. Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 35 of the Counterclaim.

36. Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 36 of the Counterclaim.

37. Paragraph 37 of the Counterclaim is legal argument to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 37 of the Counterclaim.

38. Paragraph 38 of the Counterclaim is legal argument to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 38 of the Counterclaim.

39. Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 35 of the Counterclaim.

40. Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 35 of the Counterclaim.

41. Paragraph 41 of the Counterclaim is legal argument to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 41 of the Counterclaim.

42. Answering Counterclaim-Defendants are without sufficient information to admit or deny the allegations in Paragraph 42 of the Counterclaim, and on that basis respectfully deny the allegations in Paragraph 42 of the Counterclaim

43. Answering Counterclaim-Defendants respectfully deny the allegations in Paragraph 35 of the Counterclaim.

## V. ANSWER TO ALLEGATIONS ABOUT "FIRST COUNTERCLAIM "Cancellation of Plaintiffs' Registration"

44. Answering Counterclaim-Defendants incorporate all responses in the preceding paragraphs.

45-48. Paragraphs 45-48 of the Counterclaim are legal arguments to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants respectfully deny the allegations in Paragraphs 45-48 of the Counterclaim.

## VI. ANSWER TO ALLEGATIONS ABOUT "SECOND COUNTERCLAIM "Unfair Competition Under Section 43(a) of the Lanham Act (15 U.S.C. 1125(a)(1)(A))"

49. Answering Counterclaim-Defendants incorporate all responses in the preceding paragraphs.

50-54. Paragraphs 50-54 of the Counterclaim are legal arguments to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants respectfully deny the allegations in Paragraphs 50-54 of the Counterclaim.

## VII. ANSWER TO ALLEGATIONS ABOUT "THIRD COUNTERCLAIM "Injunctive Relief (Lanham Act § 34, 15 U.S.C. § 1116)"

55. Answering Counterclaim-Defendants incorporate all responses in the preceding paragraphs.

56-59. Paragraphs 56-59 of the Counterclaim are legal arguments to which no response is required. To the extent that any response is required, the Answering Counterclaim-Defendants respectfully deny the allegations in Paragraphs 56-59 of the Counterclaim.

60. Any and all allegations in the Counterclaim that are not specifically addressed above are respectfully denied.

## AFFIRMATIVE DEFENSES

Without altering the burden of proof, **WISS JOSEPH AND MARIE JOSEPH** respectfully assert the following affirmative defenses based on the limited investigation that they have been able to conduct into the allegations in the facts underlying Counterclaim, which investigation is not yet complete.

The Answering Counterclaim-Defendants respectfully reserve the right to assert all relevant affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Trademark Laws of the United States, and any other defense, at law or in equity, that may now exist or in the future may be available based on Discovery and further investigation in this case, with leave of Court, should that be necessary.

## FIRST AFFIRMATIVE DEFENSE
### The Counterclaim Fails to State a Claim against WISS JOSEPH AND MARIE JOSEPH

1. The Counterclaim fails to state any cause of action against the Answering Counterclaim-Defendants.

## SECOND AFFIRMATIVE DEFENSE
### No Wrongful Assertion of Exclusive Rights by WISS JOSEPH and MARIE JOSEPH

2. The Answering Counterclaim-Defendants have not wrongfully asserted exclusive rights to the use of the word Zafem for music production and related fields.

## THIRD AFFIRMATIVE DEFENSE
### There is no basis to cancel WISS JOSEPH and MARIE JOSEPH's rights in Zafem

3. There is no factual or legal basis to cancel the Answering Counterclaim-Defendants' rights to the use of the word Zafem for music production and related fields.

## FOURTH AFFIRMATIVE DEFENSE
### There is no basis for Injunctive Relief against WISS JOSEPH and MARIE JOSEPH

4. There is no factual or legal basis to enjoin the use of the word Zafem for music production and related fields by the Answering Counterclaim-Defendants.

## FIFTH AFFIRMATIVE DEFENSE
### No Damages from Alleged Infringements

5. Counterclaimants have not alleged and cannot establish that it has suffered any damages as a result of any of the alleged unfair competition and wrongful assertion of rights as alleged in the Counterclaim.

## SIXTH AFFIRMATIVE DEFENSE
### No Irreparable Damages

6. Counterclaimants are barred from seeking temporary and/or injunctive relief because it has not alleged and cannot show that it will suffer irreparable harm from the alleged unfair competition and wrongful assertion of rights because any alleged actionable injury

to Plaintiff can be adequately compensated by damages. In addition, any such request for injunctive relief has been waived, barred by laches and is otherwise inapplicable as a matter of fact and law.

**SEVENTH AFFIRMATIVE DEFENSE**
Damages Demand has No Basis in Fact or Law

7. To the extent that the Counterclaimants seek enhanced damages and an award of fees and costs, the Counterclaim has not alleged and the Counterclaimants cannot show that there is any basis in law or fact for such relief.

**EIGHTH AFFIRMATIVE DEFENSE**
Claim is Barred Under Equitable Doctrines

8. The Counterclaimants' action is barred, in whole or in part, under the doctrines of waiver, estoppel, laches, ratification, unclean hands, and/or acquiescence.

**NINTH AFFIRMATIVE DEFENSE**
Claim is Barred by Documentary Evidence

9. Counterclaimants' claims are barred by documentary evidence.

**TENTH AFFIRMATIVE DEFENSE**
Unjust Enrichment

10. Counterclaimants would be unjustly enriched if the judgment on the causes of action in the Counterclaim were granted.

## ELEVENTH AFFIRMATIVE DEFENSE
### Counterclaimants's Culpable Conduct

11. Counterclaimants's claims are barred by its own culpable conduct and/or the culpable conduct of the Counterclaimants's agents.

## RESERVATION OF AFFIRMATIVE DEFENSES

12. Answering Answering Counterclaim-Defendants have insufficient knowledge and information upon which to form a belief as to whether it may have as yet unstated separate and additional defenses available. Answering Counterclaim-Defendants expressly reserve the right to assert any other legal or equitable defenses that may be available to Answering Counterclaim-Defendants based upon legal theories which may or will be divulged through clarification of Counterclaimants' Counterclaim, through discovery, or through further legal analysis of Counterclaimants' claim and positions in this litigation.

DATED: December 29, 2025

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2025, simultaneous with the filing of this Submission, a copy of this submission will be served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means: