

**Baruch S. Gottesman**
Attorney and Counselor at Law

April 7, 2026

**Via ECF**
The Hon. District Judge Brian M. Cogan
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    Plaintiffs' Report to Court that Matter has Settled
>        Request to "So-Order" if Required, and
>        to Cancel any Upcoming Court Dates in
>        Joseph v. Ceide, et al.,
>        Case No. 24-cv-06572 (E.D.N.Y.)

To the Honorable Judge Cogan:

I represent the Plaintiffs in the matter of *Joseph v. Ceide, et al.*, Case No. 24-cv-06572 (E.D.N.Y.).

I am pleased to report to the Honorable Court that the Parties have settled their dispute, as reflected in the Stipulation of Dismissal (ECF 61). To the extent it is necessary, we included a "So-Ordered" provision in the Stipulation of Dismissal (a copy of which is annexed here) for the Court to sign if required. We would also ask the Court to cancel any further scheduled conferences or hearings in this matter.

My colleague will be in touch with the Court with respect to the release of the Bond to the Defendants' Counsel, to which the Plaintiffs consent and as provided under the settlement Agreement.

On behalf of my clients and myself, we want to thank the Honorable Court for their attention to this case over the past two years and their assistance in moving this to an amicable resolution.

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004

Letter to Hon. District Judge Lewis J. Liman
November 27, 2024
Page 2 of 2

Phone: (212) 401-6910
bg@gottesmanlegal.com

*Served via ECF on all appearing parties*