**EXHIBIT A**

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WISS JOSEPH; and MARIE JOSEPH,<br><br>Plaintiffs,<br><br>v.<br><br>DENER CEIDE;<br>DENER CEIDE PRODUCTIONS, INC.;<br>"ZAFEM";<br>ZAFEMUSIC.COM; and<br>ZAFEMEPK.COM,<br><br>Defendants. | Case No: 1:24-cv-6572 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims asserted by Plaintiffs against Defendants and all counterclaims asserted by Defendants against Plaintiffs in the above-captioned action are hereby voluntarily dismissed with prejudice, without costs or attorneys' fees to any party, except as otherwise provided in the parties' Confidential Settlement Agreement and Mutual Release dated April 6, 2026.

Upon entry of this Stipulation of Dismissal and endorsement by the Court, the Stay Bond posted by Defendants in this Action (Merchants Bonding Company (Mutual), Bond No. 101648145, in the sum of $100,000.00) shall be released and exonerated, and the proceeds thereof shall be disbursed to Defendants' counsel, Kelly P. Peters, Esq., Scoolidge Peters Russotti & Fox LLP, to hold in their attorney IOLA trust account and disburse the Settlement Amount to Plaintiffs' counsel in accordance with the terms of the parties' Confidential Settlement Agreement and Mutual Release dated as of April 6, 2026. Any remaining balance of the Bond proceeds after disbursement of the Settlement Amount shall be returned to Defendant Dener Ceide or his designee.

12

The Court shall retain jurisdiction over this Action solely for the purpose of enforcing the terms of the parties' Confidential Settlement Agreement and Mutual Release.

Dated: April 6, 2026

New York, New York

**GOTTESMAN LEGAL PLLC**

By: _____

Baruch S. Gottesman, Esq.

11 Broadway, Suite 615

New York, NY 10004

*Attorneys for Plaintiffs*

**SCOOLIDGE PETERS RUSSOTTI & FOX LLP**

By: _____

Kelly P. Peters, Esq.

2 Park Avenue, 20th Floor

New York, NY 10016

*Attorneys for Defendants*

**SO ORDERED:**

_____

THE HONORABLE BRIAN M. COGAN

UNITED STATES DISTRICT JUDGE

Dated: _____

13